**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: August 29, 2025**



Tiffany Strelow Cobb
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 25-53781 |
| East Ohio Hospital LLC d/b/a East Ohio Regional Hospital, | Chapter 7 |
| Debtor. | Judge Strelow Cobb |
| | Re: Docket No. 2 |

### ORDER SETTING AN EXPEDITED HEARING ON PETITIONING CREDITORS' EMERGENCY MOTION TO APPOINT INTERIM TRUSTEE PURSUANT TO 11 U.S.C. § 303(G)

Upon review of Petitioning Creditors *Motion for Expedited Consideration* (the "Motion"),[1] which seeks a hearing no later than September 5, 2025 on the *Emergency Motion to Appoint Interim Trustee Pursuant to 11 U.S.C. § 303(G)* [Docket No. 2] (the "Interim Trustee Motion"), the Court finds that proper notice was given to parties in interest; that this Court has jurisdiction

---

[1] Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

over the Motion pursuant to 28 U.S.C. §§ 157(a) and (b) and 11 U.S.C. § 105, and that this is a core proceeding pursuant to 28 U.S.C. § 157(b).  The Court, having considered the moving papers, has determined that good cause exists for the relief requested in the Motion and is of the opinion that the Motion should be granted.  It is therefore:

ORDERED that the Motion is **GRANTED**; it is further,

ORDERED a Zoom hearing is scheduled on the Interim Trustee Motion on Friday, August 29, 2025, at 2:00 p.m. (Eastern Time) by utilizing the following instructions:

Judge Tiffany Strelow Cobb is inviting you to a scheduled ZoomGov meeting.

Topic: Case No.: 25-53781 Hearing on Emergency Motion to Appoint Interim Trustee
Time: Aug 29, 2025 02:00 PM Eastern Time (US and Canada)
Join ZoomGov Meeting
https://www.zoomgov.com/j/1617713600
Meeting ID: 161 771 3600
---
One tap mobile
+16692545252,,1617713600# US (San Jose)
+16468287666,,1617713600# US (New York)
---
Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)
• +1 646 964 1167 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)
• +1 415 449 4000 US (US Spanish Line)

Meeting ID: 161 771 3600
Find your local number: https://www.zoomgov.com/u/abP1MEMFmZ
---
Join by SIP
• 1617713600@sip.zoomgov.com
---
Join by H.323
• 161.199.138.10 (US West)

- 161.199.136.10 (US East)

Meeting ID: 161 771 3600

ORDERED that Petitioning Creditors shall serve a copy of this Order on Alleged Debtor, Belmont Savings Bank and the United States Trustee via email and file a certificate of service in advance of the hearing.

*IT IS SO ORDERED.*

SUBMITTED BY:

CAROTHERS &
HAUSWIRTH LLP

*/s/ Patrick H. Carothers*
Patrick W. Carothers (Ohio I.D. No. 77164)
Gregory W. Hauswirth (PA I.D. No. 307482)
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA  15220
Telephone:  412.910.7500
Facsimile:   412.910.7510
pcarothers@ch-legal.com
ghauswirth@ch-legal.com

*Counsel for Petitioning Creditors*

United States Bankruptcy Court
Southern District of Ohio

In re:  Case No. 25-53781-tsc
East Ohio Hospital LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-2      User: ad      Page 1 of 2
Date Rcvd: Aug 29, 2025      Form ID: pdf01      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

**Recip ID     Recipient Name and Address**
db     + East Ohio Hospital LLC, 90 North 4th Street, Martins Ferry, OH 43935-1648

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:**

**Name     Email Address**

Asst US Trustee (Col)
    ustpregion09.cb.ecf@usdoj.gov

Patrick W Carothers
    on behalf of Petitioning Creditor Kayla Kellogg pcarothers@ch-legal.com
    ghauswirth@ch-legal.com;dtomko@ch-legal.com;cfaber@ch-legal.com

Patrick W Carothers
    on behalf of Petitioning Creditor Shawn Core pcarothers@ch-legal.com
    ghauswirth@ch-legal.com;dtomko@ch-legal.com;cfaber@ch-legal.com

Patrick W Carothers
    on behalf of Petitioning Creditor Heather Shields pcarothers@ch-legal.com
    ghauswirth@ch-legal.com;dtomko@ch-legal.com;cfaber@ch-legal.com

Robert E DeRose, II
    on behalf of Petitioning Creditor Heather Shields bderose@barkanmeizlish.com

District/off: 0648-2　　　　　　　　　　　　　　User: ad　　　　　　　　　　　　　　　　Page 2 of 2

Date Rcvd: Aug 29, 2025　　　　　　　　　　Form ID: pdf01　　　　　　　　　　　　Total Noticed: 1

rhandelman@barkanmeizlish.com;kdyer@barkanmeizlish.com;cjevrem@barkanmeizlish.com;mstevens@barkanmeizlish.com

Robert E DeRose, II

on behalf of Petitioning Creditor Kayla Kellogg bderose@barkanmeizlish.com
rhandelman@barkanmeizlish.com;kdyer@barkanmeizlish.com;cjevrem@barkanmeizlish.com;mstevens@barkanmeizlish.com

Robert E DeRose, II

on behalf of Petitioning Creditor Shawn Core bderose@barkanmeizlish.com
rhandelman@barkanmeizlish.com;kdyer@barkanmeizlish.com;cjevrem@barkanmeizlish.com;mstevens@barkanmeizlish.com

TOTAL: 7