**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION - COLUMBUS**

| | |
|---|---|
| In re | IN PROCEEDINGS UNDER CHAPTER 7 |
| | Case No. 25-53781 |
| **East Ohio Hospital LLC** | |
| **Shawn Core** | Judge: Tiffany Strelow Cobb |
| Debtors | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** |

Pursuant to Rules 2002 and 9010 of the Bankruptcy Rules, Christopher P. Kennedy of the law firm of Ulrich, Sassano, Deighton, Delaney & Higgins Co., L.P.A., hereby enters his appearance on behalf of The Huntington National Bank and requests that all notices and other papers given or required to be served in this case and be given to and served upon the following person at the email address set forth below:

Christopher P. Kennedy
Attorney at Law
CARLISLE LAW
Ulrich, Sassano, Deighton, Delaney & Higgins Co., L.P.A.
bankruptcy@carlisle-law.com

Respectfully submitted,

*/s/ Christopher P. Kennedy*
Ulrich, Sassano, Deighton, Delaney & Higgins Co., L.P.A.
By: Christopher P. Kennedy (0074648)
4834 Richmond Rd, Suite 201
Cleveland, OH 44128
(216) 360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for Movant:
The Huntington National Bank

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance and Request for Service was served **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **first class mail** on September 8, 2025 addressed to:

East Ohio Hospital LLC, Debtor, 90 North 4th Street, Martins Ferry, OH 43935
Shawn Core, Debtor, 60377 Walters Road, Jacobsburg, OH 43933

                                                  */s/ Christopher P. Kennedy*
                                                  Ulrich, Sassano, Deighton, Delaney & Higgins Co., L.P.A.
                                                  By: Christopher P. Kennedy (0074648)