**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re   East Ohio Hospital LLC d/b/a East Ohio Regional Hospital, | ) | Case No.  25-53781 |
| | ) | Chapter  7 |
| | ) | Judge    Tiffany Strelow Cobb |
| Debtor | | |

MOTION FOR ADMISSION PRO HAC VICE

The undersigned attorney is admitted to the State Bar of  West Virginia  .

| Attorney Name | Matthew P. Heiskell |
|---|---|
| Name of Law Firm | Spilman Thomas & Battle, PLLC |
| Street Address | 48 Donley Street, Suite 800 |
| City, State, and Zip Code | Morgantown, WV  26501 |
| Telephone Number | 304-291-7920 |
| Facsimile Number | 304-291-7979 |
| Email Address | mheiskell@spilmanlaw.com |
| State Bar Number | 10389 |

The undersigned seeks to appear for this party:

Belmont Savings Bank  .

A list of other courts, if any, to which the undersigned has been admitted is attached.

The undersigned is in good standing to practice before the courts to which the undersigned has been admitted.

Pending disciplinary actions:

☐ Yes. If yes, attach details.
☒ No.

Dated:   September 17, 2025          Signed:  /s/ Matthew P. Heiskell