## **EXHIBIT A**

(Registration Number)

| Jurisdiction | Admitted | Status |
|---|---|---|
| New York (3058013) | 06/06/00 | Current |
| New Jersey (01937-1998) | 02/16/00 | Resigned (02/07/07) |
| Pennsylvania (83160) | 02/08/99 | Inactive (07/01/24) |
| West Virginia (10389) | 01/10/07 | Current |
| U.S.D.C., N.D. W.Va. | 01/17/07 | Current |
| U.S.D.C., S.D. W.Va. | 01/10/07 | Current |
| U.S. Court of Appeals, Fourth Circuit | 04/05/11 | Current |
| U.S.D.C., E.D. NY | 02/23/01 | Current |
| U.S.D.C., S.D. NY | 05/16/01 | Current |

22111638