**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Tiffany Strelow Cobb
United States Bankruptcy Judge

**Dated: September 29, 2025**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| _In re_: | : | Case No. 25-53781 |
| | : | |
| East Ohio Hospital LLC, | : | Chapter 7 |
| | : | |
| _Alleged Debtor_. | : | Judge Cobb |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION

This matter is before the Court sua sponte. Late in the day on August 28, 2025, Heather Shields, Kayla Kellogg, and Shawn Core ("Petitioning Creditors") filed an involuntary petition for relief under Chapter 7 of the Bankruptcy Code against East Ohio Hospital LLC ("East Ohio"). Docs. 1 & 14.[1] Early the next day, the Clerk of Court issued a Summons to Debtor in Involuntary Case (Doc. 6), which fulfilled the Clerk's duty to "promptly issue a summons for service on the debtor." Fed. R. Bankr. P. 1010(a). Local Rule 1010-1 provides that "[a] petitioning creditor shall serve the petition and summons," and Federal Rule 1010(a) provides that the summons and a copy

---

[1] The Petitioning Creditors initially designated this case as a chapter 11 case but amended the Petition to designate it as a chapter 7 case.

of the petition must be served "in the manner that Rule 7004(a) and (b) provide for service of a summons and complaint." Fed. R. Bankr. P. 1010(a). Despite this, the Petitioning Creditors have not filed a certificate of service evidencing their compliance with the requirement to serve East Ohio with the petition and summons. In addition, the Court has not received any evidence that the Petitioning Creditors have posted the $5,000 bond required by the Court. *See* Doc. 11 at 2.

The Bankruptcy Code provides for dismissal of an involuntary case "for want of prosecution" "after notice to all creditors and a hearing." 11 U.S.C. § 303(j)(3). The Court therefore schedules a hearing to consider whether dismissal of this case is appropriate on **October 7, 2025 at 1:30 p.m.** in Courtroom A, United States Bankruptcy Court, 170 N. High Street, Columbus, OH 43215. It is **ORDERED** that the Petitioning Creditors shall have until and including **October 3, 2025** to (1) file a certificate of service evidencing their compliance with the requirement to serve East Ohio with the petition and summons and (2) provide evidence that the Petitioning Creditors have posted the bond required by the Court. If neither such certificate of service nor evidence of the posting of a bond is filed, then the hearing will be canceled and the Court will **DISMISS** this case for want of prosecution without further notice or hearing.

**IT IS SO ORDERED.**

Copies to:

All Creditors and Parties in Interest

2