**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF OHIO

Bond Number: 108357609

In re:

East Ohio Hospital LLC d/b/a
East Ohio Regional Hospital

Debtor.

Chapter 7

Case No. 25-53781

KNOW ALL BY THESE PRESENTS, That we, __Heather Shields, Shawn Core and Kayla Kellogg__, as Principal, and __Travelers Casualty and Surety Company of America__, a corporation created under the laws of the State of __Connecticut__, as Surety, are held and firmly bound unto the UNITED STATES OF AMERICA, in the sum of __Five Thousand__ Dollars ($5,000.00), lawful money of the United States, to be paid to the said United States, for which payment well and truly to be made, we bind ourselves, and our heirs, executors, administrators, successors and assigns, jointly and severally by these presents.

WHEREAS, the Principal on the __29__ day of __August__, __2025__ commenced CHAPTER 7 bankruptcy in the above referenced case pending in bankruptcy in the United States Bankruptcy Court for the Southern District of Ohio, wherein __East Ohio Hospital LLC d/b/a East Ohio Regional Hospital__ is the Alleged Debtor.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that the Bankruptcy Court has required $5,000 security bond for cost and charges which may be awarded against Principal as set forth in the Bankruptcy Court's Order at the hearing held on August 29, 2025 (Docket No. 11).

Signed and Sealed this __29__ day of __September__, __2025__.

By: _____  
Patrick W. Carothers                                   Attorney-in-Fact / Principal

By: _____  
Katherine Elizabeth Memmel                       Attorney-in-Fact



| | Travelers Casualty and Surety Company of America<br>Travelers Casualty and Surety Company<br>St. Paul Fire and Marine Insurance Company<br>Farmington Casualty Company |
|---|---|

## POWER OF ATTORNEY

Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, St. Paul Fire and Marine Insurance Company, and Farmington Casualty Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and the Companies do hereby make, constitute and appoint **Katherine Elizabeth Memmel** of **WOODLAND HILLS, CA** their true and lawful Attorney(s)-in-Fact to sign, execute, seal and acknowledge the following bond or undertaking, and any riders thereto:

Surety Bond No.: 108357609     Principal: Heather Shields, Shawn Core and Kayla Kellogg

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **16th** day of **February, 2024**.



State of Connecticut

City of Hartford ss.

By: _____
Bryce Grissom, Senior Vice President

On this the **16th** day of **February, 2024**, before me personally appeared **Bryce Grissom**, who acknowledged himself to be the Senior Vice President of each of the Companies, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I hereunto set my hand and official seal.

My Commission expires the **30th** day of **June, 2026**.


Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of each of the Companies, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED,** that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED,** that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of each of the Companies, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this 29 day of September, 2025.

   

_____
Kevin E. Hughes, Assistant Secretary

**To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.**
Please refer to the above-named Attorney(s)-in-Fact and the details of the bond to which this Power of Attorney is attached.