United States Bankruptcy Court
Southern District of Ohio

FILED OH S BANKRUPTCY
NOV 14 2025 PM 1:17

In re:

     East Ohio Hospital LLC,

          Debtor(s)

Case No.   25-53781

Chapter  7

Judge Cobb

## Verification of Creditor Matrix

     The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____11/10/25_____

_____
Signature of Debtor

_____
Signature of Joint Debtor

Harold Ramsey
Manager
East Ohio Hospital LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                    )     Case No. 24-52948
                                          )
EAST OHIO HOSPITAL, LLC,                  )     Chapter 7
                                          )
          Debtor.                         )
_____ )

CREDITOR MAILING MATRIX

The following is a list of all known creditors of the Debtor, East
Ohio Hospital, LLC:

=======================================================================
==================
SECURED CREDITORS
=======================================================================
==================

Director of the Ohio Development Services Agency
Attn: Chief Legal Counsel
77 South High Street, 29th Floor
Columbus, OH 43215

Pace Financial Group
Attn: Bali Kumar, COO
325 W Huron Street
Chicago, IL 60654

Belmont Savings Bank
Attn: Darla Miller
3301 Guernsey Street
Bellaire, OH 43906

First National Bank
Attn: Jeffrey Pergola
626 Washington Place, Floor 13
Pittsburgh, PA 15219

Cardinal Health 110 LLC
7000 Cardinal Place
Dublin, OH 43017

Zimmer Biomet
345 E. Main Street
Warsaw, IN 46580

Zimmer US, Inc.
345 E. Main Street
Warsaw, IN 46580

Dr. John Johnson
4319 Vaux Link
New Albany, OH 43054

========================================================================
==================
UNSECURED CREDITORS
========================================================================
==================

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Medtronic
710 Medtronic Parkway
Minneapolis, MN 55432

Philips Healthcare
222 Jacobs Street
Cambridge, MA 02141

Fisher Scientific
168 Third Avenue
Waltham, MA 02451

Boston Scientific Corporation
300 Boston Scientific Way
Marlborough, MA 01752

Smith & Nephew, Inc.
1450 East Brooks Road
Memphis, TN 38116

ConMed Corporation
11311 Concept Boulevard
Largo, FL 33773

Bio-Rad Laboratories, Inc.
1000 Alfred Nobel Drive
Hercules, CA 94547

Terumo America Holdings
2101 Cottontail Lane
Somerset, NJ 08873

Tri-Anim Health Services
9800 Page Avenue
St. Louis, MO 63132

Weatherby Healthcare
2400 York Road, Suite 220
Oak Brook, IL 60523

Meglio Group (Orthopedic Devices)
8255 Tournament Drive, Suite 255
Memphis, TN 38125

Ortho Clinical Diagnostics
1001 US Highway 202
Raritan, NJ 08869

Office of Priscilla Hapner
P.O. Box 91106
Columbus, OH 43209

Global Accounting Solutions
400 W Wilson Bridge Road, Suite 230
Worthington, OH 43085

Advanced Medical Sales
8059 Lewis Road
Berea, OH 44017

Amazon Capital Services
410 Terry Avenue North
Seattle, WA 98109

Custom Interventional Pain Management, LLC
12001 Network Blvd, Suite 208
San Antonio, TX 78249

Updox, Inc.
4940 Rings Road
Dublin, OH 43017

Up To Date (Wolters Kluwer)
2700 Corporate Drive, Suite 400
Birmingham, AL 35242

Clean Harbors Environmental Services
42 Longwater Drive
Norwell, MA 02061

Ameriprise Financial Services
707 Second Avenue South

Minneapolis, MN 55402

Dynamic Health Products
501 Monroe Turnpike, Suite 101
Monroe, CT 06468

First American Commercial Bancorp, Inc.
255 Woodcliff Drive
Fairport, NY 14450

Leica Microsystems Inc.
1700 Leider Lane
Buffalo Grove, IL 60089

Feldman Canfield Medical Supply
4120 Boardman-Canfield Rd A
Canfield, OH 44406

Infinitt North America
201 Route 17 North, Suite 700
Rutherford, NJ 07070

Johnson Controls, Inc.
5757 North Green Bay Avenue
Milwaukee, WI 53209

MCG Health
901 Fifth Avenue, Suite 2800
Seattle, WA 98164

MXR Imaging
5801 Granite Parkway, Suite 300
Plano, TX 75024

Summit Healthcare
2750 Noel Road, Suite 300
Dallas, TX 75206

=========================================================================
====================
ATTORNEYS FOR PETITIONING CREDITORS
=========================================================================
====================

Barkan Meizlish DeRose Cox, LLP
Attn: Robert E. DeRose, II
4200 Regent Street, Suite 210
Columbus, OH 43219

Gold, Khourey & Turak, L.C.

Attn: Michelle Marinacci
510 Tomlinson Avenue
Moundsville, WV 26041

=========================================================================
==================
NOTE TO THE COURT
=========================================================================
==================

This Creditor Mailing Matrix is being filed in compliance with the
Court's order requiring
submission within 7 days of the petition date. The Debtor has made
reasonable efforts to
identify and locate all creditors. The creditor addresses have been
researched and verified
to the best of the Debtor's ability.

The Debtor notes that many of the unsecured creditors listed were
identified through the
Purchase Agreement dated June 6, 2025, which included a schedule of
potential liabilities.
The Debtor will file an amended Creditor Matrix if additional
creditors are identified or
if addresses require correction.

Respectfully submitted,

Dated: November 10, 2025

EAST OHIO HOSPITAL, LLC

By: _____
    Harold Ramsey, Manager

From: Harold Ramsey
347-242-0420



RAY
U.S.     RSHALS SE

# Envelope
## Recycle me.



RECEIVED

NOV 14 2025

RICHARD JONES
CLERK OF COURT
U.S. BANKRUPTCY COURT