KM

RECD OH S BANKRUPTCY
NOV 18 2025 AM 10:49

FILED OH S BANKRUPTCY
NOV 18 2025 AM 10:57

**Fill in this information to identify the case:**

Debtor name __EAST OHIO HOSPITAL, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __OHIO__
(State)

Case number (If known): __24-52948__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................. $ ___0___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................ $ ___0___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................. $ ___0___

Note: Real property may exist but value unknown. Previous ownership ceased operations March 2025. Current ownership unable to restart due to involuntary filing. Trustee to investigate.

Medical equipment and other personal property remain at facility. Value unknown. No current operations. Trustee to investigate and liquidate.

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $ $18,000,000.00+

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ __TBD__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... + $ 12,045,945.84

4. **Total liabilities**...................................................................................................................................
   Lines 2 + 3a + 3b $ 30,045,945.84

**Fill in this information to identify the case:**

Debtor name ____EAST OHIO HOSPITAL, LLC_____

United States Bankruptcy Court for the: __Eastern_____ District of __OHIO__
(State)

Case number (If known): _____24-52948_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**                                              $____24,339.81____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. JP Morgan Chase Bank NA | Checking | 2 9 1 0 | $ 11,786.49 |
| 3.2. Huntington National Bank | Checking | 7 1 4 3 | $ 12,553.32 |
| PNC Bank | Checking | 2 9 1 0 | TBD |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____        $_____
   4.2. _____•_____        $_____

5. **Total of Part 1**                                          $ 24,339.81

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                                    •

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____        $_____
   7.2. _•_____        $_____

Debtor _____EAST OHIO HOSPITAL_____ Case number (if known)____24-52948____
　　　　　Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

　　Description, including name of holder of prepayment

　　8.1._____ $_____

　　8.2._____ $_____

9. **Total of Part 2.**

　　Add lines 7 through 8. Copy the total to line 81.　　　　　　　　　　　　　　　　　　　$_____

---

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

　　☐ No. Go to Part 4.

　　☑ Yes. Fill in the information below.

　　Note: Accounts receivable consists of:
　　- In-Patient AR (Meditech): $11,772,314.91
　　- Out-Patient AR (ECW): $2,641,938.48
　　- Total Face Amount: $14,414,253.39

11. **Accounts receivable**

The accounts receivable are deemed uncollectible because the debtor no longer has access to the Electronic Medical Records (EMR) systems (Meditech and ECW) necessary to process, bill, or collect these receivables. Detailed AR reports are attached as Exhibit A (In-Patient AR) and Exhibit B (Out-Patient AR).

**Current value of debtor's interest**

| | 11a. 90 days old or less: | 0 | − | 0 | = → | $ 0 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | 14,414,253.39 | − | 14,414,253.39 | = → | $ 0 |
| | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

　　Current value on lines 11a + 11b = line 12. Copy the total to line 82.　　　　　$ 0

---

### Part 4: Investments

13. **Does the debtor own any investments?**

　　☑ No. Go to Part 5.

　　☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

　　Name of fund or stock:

　　14.1._____ _____ $_____

　　14.2._____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

　　Name of entity:　　　　　　　　　　　　　　　　　% of ownership:

　　15.1._____ _____% _____ $_____

　　15.2._____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

　　Describe:

　　16.1._____ _____ $_____

　　16.2._____ _____ $_____

17. **Total of Part 4**

　　Add lines 14 through 16. Copy the total to line 83.　　　　　　　　　　　　　　$_____

---

Case 2:25-bk-53781   Doc 69   Filed 11/18/25   Entered 11/18/25 13:35:28   Desc Main
EAST OHIO HOSPITAL Document    Page 4 of 205 number (if known)    24-52948

Debtor
_____
Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

_____  MM / DD / YYYY   $_____   _____   $_____

**20. Work in progress**

_____  MM / DD / YYYY   $_____   _____   $_____

**21. Finished goods, including goods held for resale**

_____  MM / DD / YYYY   $_____   _____   $_____

**22. Other inventory or supplies**  The debtor has no inventory. Any remaining medical supplies have negligible or no value.

_____  MM / DD / YYYY   $_____   _____   $_____

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.   •   $_____

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ · No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops—either planted or harvested**

_____   $_____   _____   $_____

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

_____   $_____   _____   $_____

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

_____   $_____   _____   $_____

**31. Farm and fishing supplies, chemicals, and feed**

_____   $_____   _____   $_____

**32. Other farming and fishing-related property not already listed in Part 6**

_____   $_____   _____   $_____

Debtor _____EAST OHIO HOSPITAL_____    Case number (if known)_____24-52948_____
            Name

33.  **Total of Part 6.**                                                        $_____
     Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

     ☐ No
     ☐ Yes. Is any of the debtor's property stored at the cooperative?

         ☐ No
         ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No
     ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

     ☐ No
     ☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

     ☐ No
     ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No. Go to Part 8.
     ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| Various office desks, chairs, filing cabinets | $ N/A | Estimated liquidation value | $ 2,000 |
| 40.  **Office fixtures** | | | |
| None of significant value | $ N/A | Estimated liquidation value | $ 0 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Desktop computers, printers, phones, IT equipment | $ N/A | Estimated liquidation value | $ 3,000.00 |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43.  **Total of Part 7.**                                                        $  5,000
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

     ☒ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

     ☒ No
     ☐ Yes

Debtor EAST OHIO HOSPITAL, LLC

Name

Case number (if known) 24-52948

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Medical equipment including surgical equipment, diagnostic equipment, patient monitoring systems, and other hospital equipment. Detailed equipment list comprising approximately 2,100 items is attached as Exhibit C.

$ 3,637,555.87 as of (per equipment schedule as of June 30, 2019)

Estimated liquidation value - equipment is outdated, partially functional, and would sell for pennies on the dollar if at all

$ 20,000

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 20,000

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

The equipment list was prepared by the prior owner and has not been updated. Much of the equipment may not be functional or may have been removed. Current value represents conservative estimate of liquidation value.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   EAST OHIO HOSPITAL, LLC
      Name

Case number (if known)   24-52948

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____

---

Official Form 206A/B        **Schedule A/B: Assets — Real and Personal Property**       

Debtor _____ EAST OHIO HOSPITAL _____ Case number (if known) _____24-52948_____
           Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

   ☐ No

   ☒ Yes    (Patient records contain protected health information under HIPAA)

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☒ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☒ No. Go to Part 12.

   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br>_____ Total face amount − _____ doubtful or uncollectible amount = ➔ | $_____ |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>_____ Tax year _____<br>_____ Tax year _____<br>_____ Tax year _____ | $_____<br>$_____<br>$_____ |
| 73. **Interests in insurance policies or annuities**<br>_____ | $_____ |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>_____<br>Nature of claim _____<br>Amount requested  $_____ | $_____ |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>_____<br>Nature of claim _____<br>Amount requested  $_____ | $_____ |
| 76. **Trusts, equitable or future interests in property**<br>_____ | $_____ |
| 77. **Other property of any kind not already listed** Examples: Season tickets, country club membership<br>_____<br>_____ | $_____<br>$_____ |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $____0____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

Debtor   EAST OHIO HOSPITAL, LLC                              Case number (if known)    24-52948
         Name

---

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 24,339.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 5,000 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 20,000 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 49,339.81 | ✚ 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................   $ 49,339.81

---

Declaration Under Penalty of Perjury

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: November 17, 2025

Harold Ramsey, Manager
East Ohio Hospital, LLC

**Fill in this information to identify the case:**

Debtor name __EAST OHIO HOSPITAL, LLC__

United States Bankruptcy Court for the: __Eastern__ District of __OHIO__
(State)

Case number (If known): __24-52948__

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order** all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
_Ohio Dev Services Agency_

Creditor's mailing address
_77 S High St. 29_
_Columbus OH 43215_

Creditor's email address, if known
_____

Date debt was incurred __2018__

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_Real Estate, Equipment_ $ _10,000,000_  $ _0_
_All Biz assets_
_Personal Gawantee of J Johnson_
Describe the lien _1st Priority Security Interest (loan Agreement)_

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
_PG John Johnson_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2** Creditor's name
_Belmont Savings Bank_

Creditor's mailing address
_3301_ _Gurnsey St. Bellaire_
_OH 43906_

Creditor's email address, if known
_____

Date debt was incurred __2024__

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
_All AR property, business_ _1,200,000_  $ _0_
_assets_
Describe the lien _Security Interest in accounts receivables_

Is the creditor an insider or related party? _PG of seller JJohnson_
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
_PG John Johnson_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.
$ _11,200,000_ + Amounts TBD by Proof of Claim

Debtor _EAST OHIO HOSPITAL, LLC_____ Case number (if known) __24-52948__

Name

| Part 1: | **Additional Page** | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name
Cardinal Health 110 LLC

Creditor's mailing address
7000 Cardinal Pl
Dublin OH 43017

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien
Inventory, Pharmaceuticals, equipment AR,

$ TBD on proof of claim   $

Describe the lien
Security Interest, inventory

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.** Creditor's name
Zimmer Biomet

Creditor's mailing address
345 E Main St.
Warsaw IN 46580

Creditor's email address, if known
_____

Date debt was incurred 4/21
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien
Rosa Knee Platform, XPS, Calibration Kit, Vanguard Implant Kits + Surgical Equipment

$ TBD proof of claim   $ 0

Describe the lien
Equip lease + Security Interest Lesco retains title to equipment

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor **EAST OHIO HOSPITAL, LLC**    Case number (if known) 24-52948

Name

| | Column A | Column B |
|---|---|---|
| **Part 1:**   **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.**   Creditor's name
GE Healthcare

Creditor's mailing address
3200 N Grandview Blvd
Wakesha WI 53188

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Medical Imaging Equipment
Mobile X-ray XR240 Max
Dexa Bone Scanner P11
1.5 MRI Mobile system Trailer
Describe the lien
Equipment Security interest

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ TBD proof of Claim    $ 20,000

---

**2.**   Creditor's name
Corp Service Company as Representative

Creditor's mailing address
PO Box 2576
Springfield IL 62708

Creditor's email address, if known
~~_____~~

Date debt was incurred 2022
Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Equipment Finance Arrangements
Describe the lien
Multiple UCC statements filed

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ TBD proof of Claim    $ 25,000

---

Debtor    **EAST OHIO HOSPITAL, LLC**      Case number *(if known)*    **24-52948**
<span style="font-size:smaller">Name</span>

---

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ . |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |



Fill in this information to identify the case:

Debtor          **EAST OHIO HOSPITAL, LLC**

United States Bankruptcy Court for the: **Eastern**          District of **OHIO**
(State)

Case number     **24-52948**
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

   *Please see attached exhibits*

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $_____ *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | $_____ |
| Date or dates debt was incurred | **Basis for the claim:** | | |
| Last 4 digits of account number \_\_ \_\_ \_\_ \_\_ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_) | | | |
| **2.2** **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $_____ *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | $_____ |
| Date or dates debt was incurred | **Basis for the claim:** | | |
| Last 4 digits of account number \_\_ \_\_ \_\_ \_\_ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_) | | | |
| **2.3** **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $_____ *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | $_____ |
| Date or dates debt was incurred | **Basis for the claim:** | | |
| Last 4 digits of account number \_\_ \_\_ \_\_ \_\_ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (\_\_\_\_) | | | |

Debtor _____    _____   _____ number (if known) _____
      Name

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.          **Total claim**          **Priority amount**

---

**2.__**   **Priority creditor's name and mailing address**

$_____        $_____

_____   As of the petition filing date, the claim is:
                                          *Check all that apply.*
_____   ☐ Contingent
                                          ☐ Unliquidated
_____   ☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

_____   _____

**Last 4 digits of account**              **Is the claim subject to offset?**
**number**   __ __ __ __                   ☐ No
                                          ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__**   **Priority creditor's name and mailing address**

$_____        $_____

_____   As of the petition filing date, the claim is:
                                          *Check all that apply.*
_____   ☐ Contingent
                                          ☐ Unliquidated
_____   ☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

_____   _____

**Last 4 digits of account**              **Is the claim subject to offset?**
**number**   __ __ __ __                   ☐ No
                                          ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__**   **Priority creditor's name and mailing address**

$_____        $_____

_____   As of the petition filing date, the claim is:
                                          *Check all that apply.*
_____   ☐ Contingent
                                          ☐ Unliquidated
_____   ☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

_____   _____

**Last 4 digits of account**              **Is the claim subject to offset?**
**number**   __ __ __ __                   ☐ No
                                          ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim: 11 U.S.C. § 507(a) (_____)**

---

**2.__**   **Priority creditor's name and mailing address**

$_____        $_____

_____   As of the petition filing date, the claim is:
                                          *Check all that apply.*
_____   ☐ Contingent
                                          ☐ Unliquidated
_____   ☐ Disputed

**Date or dates debt was incurred**       **Basis for the claim:**

_____   _____

**Last 4 digits of account**              **Is the claim subject to offset?**
**number**   __ __ __ __                   ☐ No
                                          ☐ Yes
**Specify Code subsection of PRIORITY unsecured**
**claim: 11 U.S.C. § 507(a) (_____)**

---

Debtor _____
         Name                                                    Case number (if known)_____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**  **Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:**          $_____
                                                                  *Check all that apply.*
_____                  ☐ Contingent
_____                  ☐ Unliquidated
_____                  ☐ Disputed

                                                                  **Basis for the claim:** _____

     **Date or dates debt was incurred** _____           **Is the claim subject to offset?**
                                                                  ☐ No
     **Last 4 digits of account number** __ __ __ __               ☐ Yes

**3.2**  **Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:**          $_____
                                                                  *Check all that apply.*
_____                  ☐ Contingent
_____                  ☐ Unliquidated
_____                  ☐ Disputed

                                                                  **Basis for the claim:** _____

     **Date or dates debt was incurred** _____           **Is the claim subject to offset?**
                                                                  ☐ No
     **Last 4 digits of account number** __ __ __ __               ☐ Yes

**3.3**  **Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:**          $_____
                                                                  *Check all that apply.*
_____                  ☐ Contingent
_____                  ☐ Unliquidated
_____                  ☐ Disputed

                                                                  **Basis for the claim:** _____

     **Date or dates debt was incurred** _____           **Is the claim subject to offset?**
                                                                  ☐ No
     **Last 4 digits of account number** __ __ __ __               ☐ Yes

**3.4**  **Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:**          $_____
                                                                  *Check all that apply.*
_____                  ☐ Contingent
_____                  ☐ Unliquidated
_____                  ☐ Disputed

                                                                  **Basis for the claim:** _____

     **Date or dates debt was incurred** _____           **Is the claim subject to offset?**
                                                                  ☐ No
     **Last 4 digits of account number** __ __ __ __               ☐ Yes

**3.5**  **Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:**          $_____
                                                                  *Check all that apply.*
_____                  ☐ Contingent
_____                  ☐ Unliquidated
_____                  ☐ Disputed

                                                                  **Basis for the claim:** _____

     **Date or dates debt was incurred** _____           **Is the claim subject to offset?**
                                                                  ☐ No
     **Last 4 digits of account number** __ __ __ __               ☐ Yes

**3.6**  **Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:**          $_____
                                                                  *Check all that apply.*
_____                  ☐ Contingent
_____                  ☐ Unliquidated
_____                  ☐ Disputed

                                                                  **Basis for the claim:** _____

     **Date or dates debt was incurred** _____           **Is the claim subject to offset?**
                                                                  ☐ No
     **Last 4 digits of account number** __ __ __ __               ☐ Yes

Debtor _____
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

,

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor _____   _____ number (if known) _____
          Name

## Part 3:   List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |

Debtor _____
        Name                                    Case number (if known)_____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

4.___ _____
      _____
Line ____
☐ Not listed. Explain _____
— — — —

Debtor _____    Case number (if known)_____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. **Total claims from Part 1**            5a.    $ _TBD_____

5b. **Total claims from Part 2**            5b. +  $ _12,045,945.84_

5c. **Total of Parts 1 and 2**              5c.    $ _12,045,945.84_
    Lines 5a + 5b = 5c.

*Plus priority claims TBD*

*See attached creditor detail*

Official Form 206E/F
Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Debtor: EAST OHIO HOSPITAL, LLC
United States Bankruptcy Court for the: Southern District of Ohio
(Eastern Division)
Case number: 25-53781

□ Check if this is an amended filing

=====================================================================
==========
Part 1: List All Creditors with PRIORITY Unsecured Claims
=====================================================================
==========

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. §
507).
    □ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims
that are entitled to priority.

---------------------------------------------------------------------
----------
2.1 Priority creditor's name and mailing address

HOLLY TOBER
c/o M. Stephen DeRose II, Esq.
The Law Office of M. Stephen DeRose II
25800 Northwestern Highway, Suite 1150
Southfield, MI 48075

Date or dates debt was incurred: Pre-June 2025 (prior ownership
period)

Last 4 digits of account number: N/A

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a)(4)

Amount of claim that is entitled to priority:
$_____ (Unknown - to be determined)

Amount of claim that is not entitled to priority:
$_____ (Unknown - to be determined)

Total claim: $_____ (Unknown - to be determined)

As of the petition filing date, the claim is:
Check all that apply:
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Wages, salaries, or commissions earned within 180 days before petition
date

Is the claim subject to offset?
☑ No
☐ Yes

Nature of PRIORITY unsecured claim:
☑ Wages, salaries, and commissions (up to $15,150* earned within 180
days before filing petition or cessation of business, whichever is
earlier)
☐ Contributions to an employee benefit plan
☐ Other. Specify: _____

*Amount subject to adjustment on 4/1/25 and every 3 years after that
with respect to cases commenced on or after the date of adjustment.

Notes: Petitioning creditor in involuntary bankruptcy filed August 28,
2025. Amount disputed. Claim relates to pre-current ownership period.
Current ownership disputes liability. Trustee to investigate and
determine validity and amount of claim.

-----------------------------------------------------------------------
----------
2.2 Priority creditor's name and mailing address

INTERNAL REVENUE SERVICE
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Date or dates debt was incurred: Various dates 2023-2025

Last 4 digits of account number: ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a) (8)

Amount of claim that is entitled to priority:
$_____ (To be determined by IRS proof of claim)

Amount of claim that is not entitled to priority:

$_____ (To be determined)

Total claim: $_____ (To be determined)

As of the petition filing date, the claim is:
Check all that apply:
□ Contingent
☑ Unliquidated
□ Disputed

Basis for the claim:
Employment taxes, withholding taxes, and employer's share of FICA

Is the claim subject to offset?
☑ No
□ Yes

Nature of PRIORITY unsecured claim:
☑ Taxes and certain other debts owed to governmental units
□ Wages, salaries, and commissions
□ Contributions to an employee benefit plan
□ Other. Specify: _____

Notes: Exact amount to be determined by IRS. May include Form 941
employment taxes, Form 940 unemployment taxes, and penalties/interest
accrued through petition date.

_____
_____
2.3 Priority creditor's name and mailing address

OHIO DEPARTMENT OF TAXATION
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216—0530

Date or dates debt was incurred: Various dates 2023—2025

Last 4 digits of account number: ____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. §
507(a)(8)

Amount of claim that is entitled to priority:
$_____ (To be determined by Ohio Department of Taxation)

Amount of claim that is not entitled to priority:
$_____ (To be determined)

Total claim: $_____ (To be determined)

As of the petition filing date, the claim is:
Check all that apply:
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
State withholding taxes, commercial activity tax, and other state taxes

Is the claim subject to offset?
☑ No
☐ Yes

Nature of PRIORITY unsecured claim:
☑ Taxes and certain other debts owed to governmental units
☐ Wages, salaries, and commissions
☐ Contributions to an employee benefit plan
☐ Other. Specify: _____

Notes: Exact amount to be determined by Ohio Department of Taxation proof of claim. May include employer withholding, CAT tax, and penalties/interest.

------------------------------------------------------------------------
----------
2.4 Priority creditor's name and mailing address

SARAH KELLY
c/o Frank A. Marinacci, Esq.
Marinacci Law
30120 Chagrin Blvd., Suite 134
Cleveland, OH 44124-5704

Date or dates debt was incurred: Pre-June 2025 (prior ownership period)

Last 4 digits of account number: N/A

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Amount of claim that is entitled to priority:
$_____ (Unknown - to be determined)

Amount of claim that is not entitled to priority:
$_____ (Unknown - to be determined)

Total claim: $_____ (Unknown - to be determined)

As of the petition filing date, the claim is:
Check all that apply:
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Wages, salaries, or commissions earned within 180 days before petition date

Is the claim subject to offset?
☑ No
☐ Yes

Nature of PRIORITY unsecured claim:
☑ Wages, salaries, and commissions (up to $15,150* earned within 180 days before filing petition or cessation of business, whichever is earlier)
☐ Contributions to an employee benefit plan
☐ Other. Specify: _____

*Amount subject to adjustment on 4/1/25 and every 3 years after that with respect to cases commenced on or after the date of adjustment.

Notes: Petitioning creditor in involuntary bankruptcy filed August 28, 2025. Amount disputed. Claim relates to pre-current ownership period. Current ownership disputes liability. Trustee to investigate and determine validity and amount of claim.

------------------------------------------------------------------------

2.5 Priority creditor's name and mailing address

STACEY M. JONES
c/o Frank A. Marinacci, Esq.
Marinacci Law
30120 Chagrin Blvd., Suite 134
Cleveland, OH 44124-5704

Date or dates debt was incurred: Pre-June 2025 (prior ownership period)

Last 4 digits of account number: N/A

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Amount of claim that is entitled to priority:
$_____ (Unknown - to be determined)

Amount of claim that is not entitled to priority:
$_____ (Unknown – to be determined)

Total claim: $_____ (Unknown – to be determined)

As of the petition filing date, the claim is:
Check all that apply:
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Wages, salaries, or commissions earned within 180 days before petition
date

Is the claim subject to offset?
☑ No
☐ Yes

Nature of PRIORITY unsecured claim:
☑ Wages, salaries, and commissions (up to $15,150* earned within 180
days before filing petition or cessation of business, whichever is
earlier)
☐ Contributions to an employee benefit plan
☐ Other. Specify: _____

*Amount subject to adjustment on 4/1/25 and every 3 years after that
with respect to cases commenced on or after the date of adjustment.

Notes: Petitioning creditor in involuntary bankruptcy filed August 28,
2025. Amount disputed. Claim relates to pre-current ownership period.
Current ownership disputes liability. Trustee to investigate and
determine validity and amount of claim.

========================================================================
==========
Part 2: List All Creditors with NONPRIORITY Unsecured Claims
========================================================================
==========

3. List in alphabetical order all of the creditors with nonpriority
unsecured claims.
    If the debtor has more than 6 creditors with nonpriority unsecured
claims, fill out
    and attach the Additional Page of Part 2.

**SEE EXHIBIT A ATTACHED – COMPLETE LIST OF 436 NONPRIORITY UNSECURED
CREDITORS**

The complete list of nonpriority unsecured creditors is provided in
Exhibit A, which contains
436 trade creditors from the accounts payable system with detailed
information for each creditor.

Summary of Major Creditors (Top 10 by Amount):

3.1 Nonpriority creditor's name and mailing address
    TEGRIA
    220 W. Mercer Street, Suite 200
    Seattle, WA 98119

    As of the petition filing date, the claim is:
    Check all that apply:
    □ Contingent
    □ Unliquidated
    □ Disputed

    Basis for the claim: Trade debt — healthcare IT services
    Date or dates debt was incurred: Various 2023-2025
    Last 4 digits of account number: 9296

    Amount of claim: $847,395.54

    Is the claim subject to offset?
    ☑ No
    □ Yes

3.2 Nonpriority creditor's name and mailing address
    ZIMMER BIOMET
    345 E. Main Street
    Warsaw, IN 46580

    As of the petition filing date, the claim is:
    Check all that apply:
    □ Contingent
    □ Unliquidated
    □ Disputed

    Basis for the claim: Trade debt — medical devices/orthopedic
supplies
    Date or dates debt was incurred: Various 2023-2025
    Last 4 digits of account number: 0237

    Amount of claim: $570,341.33

    Is the claim subject to offset?
    ☑ No
    □ Yes

3.3 Nonpriority creditor's name and mailing address
    RADIOLOGY ASSOC OF SC LLC
    [Address to be determined]

    As of the petition filing date, the claim is:
    Check all that apply:
    □ Contingent
    □ Unliquidated
    □ Disputed

    Basis for the claim: Trade debt — radiology services
    Date or dates debt was incurred: Various 2023–2025
    Last 4 digits of account number: 9684

    Amount of claim: $562,819.66

    Is the claim subject to offset?
    ☑ No
    □ Yes

[Note: Complete list of all 435 creditors continues in Exhibit A]

================================================================================
==========
Part 3: List Others to Be Notified About Unsecured Claims
================================================================================
==========

4. List in alphabetical order any others who must be notified for
claims listed in Parts 1 and 2.
   Examples of entities that may be listed are collection agencies,
assignees of claims listed
   above, and attorneys for unsecured creditors.

4.1 Name and mailing address
    M. Stephen DeRose II, Esq.
    The Law Office of M. Stephen DeRose II
    25800 Northwestern Highway, Suite 1150
    Southfield, MI 48075

    On which line in Part 1 or Part 2 is the related creditor (if any)
listed?
    Line 2.1 (Holly Tober)

    Not listed. Explain: □
    Last 4 digits of account number, if any: N/A

4.2 Name and mailing address
    Frank A. Marinacci, Esq.
    Marinacci Law

      30120 Chagrin Blvd., Suite 134
      Cleveland, OH 44124-5704

      On which line in Part 1 or Part 2 is the related creditor (if any)
  listed?
      Lines 2.4, 2.5 (Sarah Kelly, Stacey M. Jones)

      Not listed. Explain: □
      Last 4 digits of account number, if any: N/A

=====================================================================
==========
Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims
=====================================================================
==========

5. Add the amounts of priority and nonpriority unsecured claims.

5a. Total claims from Part 1 (priority unsecured claims):
    $_____ Unknown (to be determined by proofs of claim)

5b. Total claims from Part 2 (nonpriority unsecured claims):
    $12,045,945.84

    Note: Based on AP Aging Report dated 04/07/25 plus additional
identified creditors
    Consists of: Total claims of $12,051,909.97 less credits of
$5,964.13
    Complete list of 436 creditors in Exhibit A

5c. Total of Parts 1 and 2
    Lines 5a + 5b = 5c:
    $12,045,945.84 (plus priority claims to be determined)

=====================================================================
==========
DECLARATION UNDER PENALTY OF PERJURY
=====================================================================
==========

I declare under penalty of perjury that I have read the foregoing
Schedule E/F: Creditors Who
Have Unsecured Claims and that the information provided is true and
correct to the best of my
knowledge, information, and belief.

Priority wage claims shown are disputed as they relate to the pre-
current ownership period. The
current ownership acquired the entity in June 2025 and disputes any
liability for wages earned

prior to that date. Tax liabilities are unliquidated pending determination by the respective governmental units.

The attached Exhibit A contains a complete list of all 436 unsecured trade creditors identified
in the Debtor's accounts payable system as of the petition date, plus additional creditors
identified from invoices.

X _____

  Harold Ramsey
  Manager
  East Ohio Hospital, LLC

Date: November ___, 2025

=============================================================================
==========
ADDITIONAL NOTES AND DISCLOSURES
=============================================================================
==========

1. EMPLOYEE WAGE CLAIMS: The three employees listed as priority creditors (Holly Tober, Sarah Kelly,
  and Stacey M. Jones) filed the involuntary Chapter 7 petition against the Debtor on August 28, 2025.
  These employees claim wages from the period when the hospital was under previous ownership (prior
  to June 2025). The current ownership disputes these claims as pre-acquisition liabilities. The
  exact amounts claimed have not been specified in the involuntary petition. These creditors must
  file proofs of claim to establish the validity and amount of their claims.

2. TAX OBLIGATIONS: Federal and state tax obligations are listed as unliquidated. The Debtor ceased
  regular operations in March 2025 under previous ownership. Current ownership attempted to restart
  operations from June to August 2025 but was prevented by the involuntary filing. Tax liabilities
  may span both ownership periods and will be determined by governmental proofs of claim.

3. TRADE CREDITORS: The 436 trade creditors listed in Exhibit A are derived from the Debtor's
  accounts payable system and additional invoices. Many of these debts were incurred under previous ownership. Current
  ownership paid approximately $200,000 to various creditors during

the attempted restart period
    (June—August 2025) to maintain licenses and attempt to resume
operations.

4. ADDRESSES: Creditor addresses are being researched and verified.
Where addresses are marked
    "to be determined," the Debtor will file amendments as information
becomes available or rely
    on creditors to update their addresses when filing proofs of claim.

5. PRO SE FILING: The Debtor is filing these schedules pro se due to
the unavailability of
    bankruptcy counsel without conflicts of interest in the geographic
region. The Debtor has made
    diligent efforts to obtain counsel and has informed the Court of
this situation.

6. DATA ROOM: The Debtor maintains a data room with additional
documentation regarding creditor
    claims, contracts, and historical financial information. This
information is available to the
    Chapter 7 Trustee upon request.

======================================================================
==========

EXHIBIT A TO SCHEDULE E/F
COMPLETE LIST OF NONPRIORITY UNSECURED CREDITORS
EAST OHIO HOSPITAL, LLC
Case No. 25-53781
United States Bankruptcy Court for the Southern District of Ohio
(Eastern Division)

========================================================================
============================
INSTRUCTIONS FOR USE WITH OFFICIAL FORM 206E/F
========================================================================
============================

This Exhibit A contains the complete alphabetical list of nonpriority
unsecured creditors
for East Ohio Hospital, LLC. Each creditor entry includes all
information required by
Official Form 206E/F. Priority creditors (employees and tax
authorities) are listed
separately in Part 1 of the main Schedule E/F.

========================================================================
============================
PART 2: NONPRIORITY UNSECURED CREDITORS - ALPHABETICAL ORDER
========================================================================
============================

Total Number of Creditors: 436

------------------------------------------------------------------------
----------
Creditor #1

Name: 3E COMPANY
Mailing Address: [To be determined]

Vendor Number: V004626
Amount of Claim: $1,228.97
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4626
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #2

Name: 3M HEALTH INFORMATION SYSTEMS
Mailing Address: [To be determined]

Vendor Number: V000918
Amount of Claim: $89,953.07
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0918
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #3

Name: A V LAUTTAMUS COMMUNICATIONS INC
Mailing Address: [To be determined]

Vendor Number: V005958
Amount of Claim: $2,922.80
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5958
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #4

Name: ABARTA COCA COLA BEVERAGES INC.
Mailing Address: [To be determined]

Vendor Number: V008852
Amount of Claim: $4,756.80
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8852
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #5

Name: ABBOTT VASCULAR
Mailing Address: [To be determined]

Vendor Number: V007469
Amount of Claim: $2,934.36
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7469
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #6

Name: ABILITY NETWORK INC
Mailing Address: [To be determined]

Vendor Number: V008030
Amount of Claim: $534.56
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8030
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #7

Name: ACADEMY OF NUTRITION AND DIETETICS
Mailing Address: [To be determined]

Vendor Number: V009305
Amount of Claim: $360.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9305
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____
Creditor #8

Name: ACTIVITY CONNECTION
Mailing Address: [To be determined]

Vendor Number: V009648
Amount of Claim: $183.70
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9648
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____
Creditor #9

Name: ACUTE CARE PHARMACEUTICALS
Mailing Address: [To be determined]

Vendor Number: V009231
Amount of Claim: $1,561.80
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9231
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____
Creditor #10

Name: ADVANCED INFUSION SOLUTIONS
Mailing Address: [To be determined]

Vendor Number: V009650
Amount of Claim: $2,663.46

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9650
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #11

Name: ADVANCED LOCK & SECURITY
Mailing Address: [To be determined]

Vendor Number: V000122
Amount of Claim: $315.85
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0122
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #12

Name: ADVANCED MD
Mailing Address: [To be determined]

Vendor Number: V009426
Amount of Claim: $676.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9426
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #13

Name: ADVANCED MEDICAL SALES

Mailing Address: [To be determined]

Vendor Number: V009475
Amount of Claim: $2,889.50
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9475
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #14

Name: ADVANCED MOBILITY & SHELTER
Mailing Address: [To be determined]

Vendor Number: V009629
Amount of Claim: $2,958.80
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9629
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #15

Name: ADVANCED STERILIZATION PRODUCTS
Mailing Address: [To be determined]

Vendor Number: V004743
Amount of Claim: $61,568.12
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4743
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------
Creditor #16

Name: AESCULAP INCORPORATED
Mailing Address: [To be determined]

Vendor Number: V000126
Amount of Claim: $6,327.06
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0126
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------

----------
Creditor #17

Name: AGC
Mailing Address: [To be determined]

Vendor Number: V009265
Amount of Claim: $782.80
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9265
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------

----------
Creditor #18

Name: AGENCY FOR MEDICAL INNOVATION INC
Mailing Address: [To be determined]

Vendor Number: V009235
Amount of Claim: $8,816.58
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9235
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

_____
_____
Creditor #19

Name: AIR FILTER SYSTEMS LLC
Mailing Address: [To be determined]

Vendor Number: V009576
Amount of Claim: $6,963.34
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9576
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____
Creditor #20

Name: ALEXA KOCHER
Mailing Address: [To be determined]

Vendor Number: V009436
Amount of Claim: $920.76
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9436
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____
Creditor #21

Name: ALIMED INC
Mailing Address: [To be determined]

Vendor Number: V000138
Amount of Claim: $235.94
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 0138
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #22

Name: ALLIED MEDICAL WASTE
Mailing Address: [To be determined]

Vendor Number: V009601
Amount of Claim: $33,642.38
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9601
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #23

Name: ALPHA ENERGY SOLUTIONS
Mailing Address: [To be determined]

Vendor Number: V009466
Amount of Claim: $2,126.63
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9466
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #24

Name: ALPIN SURGICAL SPECIALTIES INC
Mailing Address: [To be determined]

Vendor Number: V000150
Amount of Claim: $8,094.49
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0150
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #25

Name: AMAZON CAPITAL SERVICES
Mailing Address: [To be determined]

Vendor Number: V008000
Amount of Claim: $8,961.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8000
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #26

Name: AMBU INC
Mailing Address: [To be determined]

Vendor Number: V005565
Amount of Claim: $123,259.01
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5565
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #27

Name: AMERICAN ACADEMY OF SLEEP MEDICINE
Mailing Address: [To be determined]

Vendor Number: V008351
Amount of Claim: $966.25
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8351
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
-----------

Creditor #28

Name: AMERICAN COLLEGE OF HEALTHCARE
Mailing Address: [To be determined]

Vendor Number: V001810
Amount of Claim: $345.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1810
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #29

Name: AMERICAN ELECTRIC POWER
Mailing Address:
1 Riverside Plaza
Columbus, OH 43215

Vendor Number: V004464
Amount of Claim: $305,265.84
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4464
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
-----------
Creditor #30

Name: AMERICAN GRAPHIX & APPAREL
Mailing Address: [To be determined]

Vendor Number: V009067
Amount of Claim: $540.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9067
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
-----------
Creditor #31

Name: AMERICAN PROFICIENCY INSTITUTE
Mailing Address: [To be determined]

Vendor Number: V008956
Amount of Claim: $36,763.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8956
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
-----------
Creditor #32

Name: AMERICAN RED CROSS
Mailing Address: [To be determined]

Vendor Number: V000171
Amount of Claim: $67,298.99
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 0171
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #33

Name: ANAZAOHEALTH CORPORATION
Mailing Address: [To be determined]

Vendor Number: V009094
Amount of Claim: $817.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9094
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #34

Name: ANDA INC.
Mailing Address: [To be determined]

Vendor Number: V008912
Amount of Claim: $12,938.98
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8912
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #35

Name: ANGIODYNAMICS INC
Mailing Address: [To be determined]

Vendor Number: V004849
Amount of Claim: $2,440.42
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4849
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #36

Name: APPLIED MEDICAL
Mailing Address: [To be determined]

Vendor Number: V001295
Amount of Claim: $4,624.64
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1295
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #37

Name: ARJO INC.
Mailing Address: [To be determined]

Vendor Number: V002719
Amount of Claim: $81.51
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 2719
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #38

Name: ARNETT CARBIS TOOTHMAN LLP
Mailing Address: [To be determined]

Vendor Number: V003738
Amount of Claim: $3,213.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3738
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #39

Name: ARTHREX INCORPORATED
Mailing Address: [To be determined]

Vendor Number: V005183
Amount of Claim: $7,009.02
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5183
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #40

Name: ASSAY TECHNOLOGY
Mailing Address: [To be determined]

Vendor Number: V009667
Amount of Claim: $1,078.94
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9667
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---
----------

Creditor #41

Name: AT&T
Mailing Address: [To be determined]

Vendor Number: V001265
Amount of Claim: $1,075.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1265
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---
----------

Creditor #42

Name: AT&T MOBILITY
Mailing Address: [To be determined]

Vendor Number: V000460
Amount of Claim: $2,118.13
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0460
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---
----------

Creditor #43

Name: ATTILA A LENKEY JR MD
Mailing Address: [To be determined]

Vendor Number: V003837
Amount of Claim: $14,615.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3837
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #44

Name: AVANTIK
Mailing Address: [To be determined]

Vendor Number: V008832
Amount of Claim: $847.76
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8832
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #45

Name: AXIS MARKETING
Mailing Address: [To be determined]

Vendor Number: V009621
Amount of Claim: $1,067.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9621
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #46

Name: BACKTRACK LLC
Mailing Address: [To be determined]

Vendor Number: V009181
Amount of Claim: $1,512.85

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9181
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #47

Name: BAKER TILLY US LLP
Mailing Address: [To be determined]

Vendor Number: V009472
Amount of Claim: $67,021.18
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9472
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #48

Name: BARCLAY WATER MANAGEMENT
Mailing Address: [To be determined]

Vendor Number: V009479
Amount of Claim: $269,937.98
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9479
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #49

Name: BAXTER HEALTHCARE CORP

Mailing Address: [To be determined]

Vendor Number: V000199
Amount of Claim: $91,247.76
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0199
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #50

Name: BAYER HEALTHCARE
Mailing Address: [To be determined]

Vendor Number: V008412
Amount of Claim: $27,673.32
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8412
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #51

Name: BEARCOM
Mailing Address: [To be determined]

Vendor Number: V009048
Amount of Claim: $10,735.04
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9048
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------
Creditor #52

Name: BECKMAN COULTER CAPITAL
Mailing Address: [To be determined]

Vendor Number: V007313
Amount of Claim: $20,969.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7313
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #53

Name: BECKMAN COULTER INC
Mailing Address: [To be determined]

Vendor Number: V000178
Amount of Claim: $107,975.73
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0178
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #54

Name: BECTON DICKINSON AND COMPANY
Mailing Address: [To be determined]

Vendor Number: V000217
Amount of Claim: $61,089.84
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0217
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #55

Name: BELMONT CO GENERAL HEALTH DISTRICT
Mailing Address: [To be determined]

Vendor Number: V003634
Amount of Claim: $2,576.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3634
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #56

Name: BELMONT COUNTY FIRE & SQUAD
Mailing Address: [To be determined]

Vendor Number: V009364
Amount of Claim: $150.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9364
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #57

Name: BELMONT COUNTY SAFETY COUNCIL
Mailing Address: [To be determined]

Vendor Number: V000205
Amount of Claim: $100.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 0205
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #58

Name: BELMONT COUNTY TREASURER
Mailing Address: [To be determined]

Vendor Number: V000206
Amount of Claim: $2,525.03
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0206
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #59

Name: BEPOZ
Mailing Address: [To be determined]

Vendor Number: V009283
Amount of Claim: $480.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9283
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #60

Name: BEYOND MARKETING
Mailing Address: [To be determined]

Vendor Number: V001024
Amount of Claim: $1,009.48
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1024
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #61

Name: BILL'S TOWING
Mailing Address: [To be determined]

Vendor Number: V009578
Amount of Claim: $160.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9578
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #62

Name: BIO FIRE DIAGNOSTICS LLC
Mailing Address: [To be determined]

Vendor Number: V009185
Amount of Claim: $53,641.94
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9185
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #63

Name: BIO MEDICAL DEVICES INTL INC
Mailing Address: [To be determined]

Vendor Number: V009270
Amount of Claim: $6,250.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9270
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #64

Name: BIO-RAD LABORATORIES
Mailing Address: [To be determined]

Vendor Number: V000247
Amount of Claim: $35,110.90
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0247
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #65

Name: BIODEX MEDICAL SYSTEMS INC
Mailing Address: [To be determined]

Vendor Number: V000230
Amount of Claim: -$1,000.00 (Credit balance)
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0230
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #66

Name: BIOMERIEUX INC
Mailing Address: [To be determined]

Vendor Number: V000191
Amount of Claim: $3,169.77
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0191
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #67

Name: BIOMETRIC INFORMATION MANAGEMENT LL
Mailing Address: [To be determined]

Vendor Number: V009338
Amount of Claim: $860.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9338
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #68

Name: BIOVENTUS LLC
Mailing Address: [To be determined]

Vendor Number: V009693
Amount of Claim: $4,022.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9693
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------

----------

Creditor #69

Name: BLACK CORAL  MEDICAL PRODUCT
Mailing Address: [To be determined]

Vendor Number: V009227
Amount of Claim: $436.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9227
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------

----------

Creditor #70

Name: BLEIFUS TIRE ALIGNMENT
Mailing Address: [To be determined]

Vendor Number: V009632
Amount of Claim: $919.54
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9632
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------

----------

Creditor #71

Name: BLR
Mailing Address: [To be determined]

Vendor Number: V008752
Amount of Claim: $287.91

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8752
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #72

Name: BLUE & CO LLC
Mailing Address: [To be determined]

Vendor Number: V009183
Amount of Claim: $8,912.50
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9183
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #73

Name: BLUESIGHT
Mailing Address: [To be determined]

Vendor Number: V009664
Amount of Claim: $13,406.24
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9664
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #74

Name: BONEZZI SWITZER POLITO & HUPP

Mailing Address: [To be determined]

Vendor Number: V009310
Amount of Claim: $19,371.95
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9310
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #75

Name: BOSTON SCIENTIFIC CORP
Mailing Address: [To be determined]

Vendor Number: V000707
Amount of Claim: $31,745.97
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0707
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #76

Name: BRACCO DIAGNOSTICS INC.
Mailing Address: [To be determined]

Vendor Number: V000661
Amount of Claim: $77,266.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0661
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------
Creditor #77

Name: BRAINLAB
Mailing Address: [To be determined]

Vendor Number: V009560
Amount of Claim: $2,305.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9560
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------
Creditor #78

Name: BRASSELER USA MEDICAL LLC
Mailing Address: [To be determined]

Vendor Number: V002667
Amount of Claim: $187.04
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 2667
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------
Creditor #79

Name: BREWER & COMPANY OF WV, INC.
Mailing Address:
90 N 4th St
Martins Ferry, OH 43935

Vendor Number: N/A
Amount of Claim: $365.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: N/A
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------

Creditor #80

Name: BRIDGEPORT EQUIPMENT & TOOL
Mailing Address: [To be determined]

Vendor Number: V006717
Amount of Claim: $562.61
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023—2025
Last 4 Digits of Account: 6717
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------

Creditor #81

Name: BRUKER SCIENTIFIC
Mailing Address: [To be determined]

Vendor Number: V009550
Amount of Claim: $15,237.06
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023—2025
Last 4 Digits of Account: 9550
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------

Creditor #82

Name: BUCKEYE PEST MANAGEMENT INC
Mailing Address: [To be determined]

Vendor Number: V000274
Amount of Claim: $63,534.25

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0274
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------
-----------

Creditor #83

Name: BUTTERFLY NETWORK INC
Mailing Address: [To be determined]

Vendor Number: V009184
Amount of Claim: $7,200.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9184
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------
-----------

Creditor #84

Name: C R BARD INC USE V000211
Mailing Address: [To be determined]

Vendor Number: V006742
Amount of Claim: $1,580.62
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6742
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------
-----------

Creditor #85

Name: CADWELL

Mailing Address: [To be determined]

Vendor Number: V009448
Amount of Claim: $425.04
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9448
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

Creditor #86

Name: CALDERA MEDICAL
Mailing Address: [To be determined]

Vendor Number: V008730
Amount of Claim: $7,848.93
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8730
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

Creditor #87

Name: CAPSA HEALTHCARE
Mailing Address: [To be determined]

Vendor Number: V009527
Amount of Claim: $75.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9527
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

----------
Creditor #88

Name: CARDINAL HEALTH 110 LLC
Mailing Address: [To be determined]

Vendor Number: V000560
Amount of Claim: $57,597.13
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0560
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #89

Name: CARDINAL HEALTH 110 LLC PHARMACY
Mailing Address: [To be determined]

Vendor Number: V009683
Amount of Claim: $271,402.18
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9683
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #90

Name: CARDINAL HEALTH 414 LLC
Mailing Address: [To be determined]

Vendor Number: V001066
Amount of Claim: $52,215.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1066
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

-------------------------------------------------------------_--------__-----------------
----------

Creditor #91

Name: CARDINAL HEALTH MEDICAL
Mailing Address: [To be determined]

Vendor Number: V000198
Amount of Claim: $0.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0198
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------------------------------------------------
----------

Creditor #92

Name: CAREFUSION 211 INC
Mailing Address: [To be determined]

Vendor Number: V000995
Amount of Claim: $514.48
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0995
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------_----------__---------_-----------------_-------
----------

Creditor #93

Name: CAREFUSION SOLUTIONS LLC
Mailing Address: [To be determined]

Vendor Number: V006954
Amount of Claim: $132,684.92
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 6954
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------

----------

Creditor #94

Name: CARROT-TOP INDUSTRIES INC.
Mailing Address: [To be determined]

Vendor Number: V008779
Amount of Claim: $135.10
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8779
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------

----------

Creditor #95

Name: CASTO TECHNICAL SERVICES
Mailing Address: [To be determined]

Vendor Number: V000491
Amount of Claim: $49,769.17
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0491
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------

----------

Creditor #96

Name: CATALYST ORTHOSCIENCE INC
Mailing Address: [To be determined]

Vendor Number: V009694
Amount of Claim: $7,482.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9694
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #97

Name: CATTRELL COMPANIES INC
Mailing Address: [To be determined]

Vendor Number: V006448
Amount of Claim: $10,600.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6448
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #98

Name: CDW GOVERNMENT INC
Mailing Address: [To be determined]

Vendor Number: V006744
Amount of Claim: $36,124.30
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6744
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #99

Name: CENTRAL OHIO TRAUMA SYSTEM
Mailing Address: [To be determined]

Vendor Number: V009289
Amount of Claim: $3,136.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9289
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #100

Name: CHANNEL MEDSYSTEMS INC.
Mailing Address: [To be determined]

Vendor Number: V009646
Amount of Claim: $10,565.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9646
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #101

Name: CHRISTOPHER MOHLER
Mailing Address: [To be determined]

Vendor Number: V009626
Amount of Claim: $4,634.94
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9626
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-------------------------------------------------------------------------

----------

Creditor #102

Name: CIOX HEALTH
Mailing Address: [To be determined]

Vendor Number: V009446
Amount of Claim: $116,620.80
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9446
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-------------------------------------------------------------------------

----------

Creditor #103

Name: CLEAN HARBORS ENVIRONMENTAL
Mailing Address: [To be determined]

Vendor Number: V009272
Amount of Claim: $7,711.57
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9272
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-------------------------------------------------------------------------

----------

Creditor #104

Name: CLINICAL TECHNOLOGY
Mailing Address: [To be determined]

Vendor Number: V000497
Amount of Claim: $762.83
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0497
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------

Creditor #105

Name: COLONIAL LIFE
Mailing Address: [To be determined]

Vendor Number: V009228
Amount of Claim: $41,678.20
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9228
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------

Creditor #106

Name: COLOPLAST-SURGICAL UROLOGY
Mailing Address: [To be determined]

Vendor Number: V007508
Amount of Claim: $1,705.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7508
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------

Creditor #107

Name: COLUMBIA GAS OF OHIO
Mailing Address:
290 W. Nationwide Blvd
Columbus, OH 43215

Vendor Number: V000510
Amount of Claim: $203,889.87
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0510
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #108

Name: COLUMBUS COMFORT
Mailing Address: [To be determined]

Vendor Number: V017920
Amount of Claim: $34,576.62
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7920
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #109

Name: COMCAST
Mailing Address: [To be determined]

Vendor Number: V005674
Amount of Claim: $284.55
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5674
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #110

Name: CONFIRM BIOSCIENCES
Mailing Address: [To be determined]

Vendor Number: V009678
Amount of Claim: $1,640.93
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9678
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #111

Name: CONMED CORP
Mailing Address: [To be determined]

Vendor Number: V002704
Amount of Claim: $2,331.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 2704
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #112

Name: CONMED LINVATEC
Mailing Address: [To be determined]

Vendor Number: V000416
Amount of Claim: $56,290.65
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0416
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------
----------
Creditor #113

Name: CONNECTION ENTERPRISE
Mailing Address: [To be determined]

Vendor Number: V008823
Amount of Claim: $7,221.80
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8823
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------
----------
Creditor #114

Name: CONTRACT SAFE
Mailing Address: [To be determined]

Vendor Number: V009346
Amount of Claim: $7,176.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9346
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------
----------
Creditor #115

Name: COOK MEDICAL INCORPORATED
Mailing Address: [To be determined]

Vendor Number: V000524
Amount of Claim: $0.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0524
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------

----------
Creditor #116

Name: COON RESTORATION & SEALANTS
Mailing Address: [To be determined]

Vendor Number: V009570
Amount of Claim: $19,153.45
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9570
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------

----------
Creditor #117

Name: COOPER SURGICAL INC
Mailing Address: [To be determined]

Vendor Number: V005471
Amount of Claim: -$84.14 (Credit balance)
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5471
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------

----------
Creditor #118

Name: COPY SOLUTIONS INC
Mailing Address: [To be determined]

Vendor Number: V009673
Amount of Claim: $5,825.00

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9673
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #119

Name: CORPORATE DEVELOPMENT LOGISTICS
Mailing Address: [To be determined]

Vendor Number: V009187
Amount of Claim: $943.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9187
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #120

Name: CR BARD INC
Mailing Address: [To be determined]

Vendor Number: V003813
Amount of Claim: $93,978.20
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3813
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #121

Name: CRANEWARE INC

Mailing Address: [To be determined]

Vendor Number: V009454
Amount of Claim: $34,400.18
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9454
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #122

Name: CRISIS PREVENTION INSTITUTE INC
Mailing Address: [To be determined]

Vendor Number: V004752
Amount of Claim: $400.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4752
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #123

Name: CS MEDICAL LLC
Mailing Address: [To be determined]

Vendor Number: V009438
Amount of Claim: $7,206.39
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9438
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------
Creditor #124

Name: CUMMINS SALES AND SERVICES
Mailing Address: [To be determined]

Vendor Number: V009512
Amount of Claim: $39,844.56
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9512
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------------------------------------
----------
Creditor #125

Name: CURONIX
Mailing Address: [To be determined]

Vendor Number: V009688
Amount of Claim: $1,400.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9688
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------------------------------------
----------
Creditor #126

Name: CUSTOM INTERVENTIONAL PAIN
Mailing Address: [To be determined]

Vendor Number: V009652
Amount of Claim: $1,111.37
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9652
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #127

Name: CYBERNET MANUFACTURING INC
Mailing Address: [To be determined]

Vendor Number: V009627
Amount of Claim: $998.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9627
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #128

Name: DARTPOINTS LLC
Mailing Address: [To be determined]

Vendor Number: V009341
Amount of Claim: $147,511.84
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9341
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #129

Name: DATIX (USA) INC
Mailing Address: [To be determined]

Vendor Number: V009327
Amount of Claim: $36,324.61
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 9327
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

Creditor #130

Name: DATIX (USA) INC DBA ONESOURCE
Mailing Address: [To be determined]

Vendor Number: V009609
Amount of Claim: $3,675.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9609
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

Creditor #131

Name: DAVID BLAZAK
Mailing Address: [To be determined]

Vendor Number: V009687
Amount of Claim: $65.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9687
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

Creditor #132

Name: DEAF TALK INC
Mailing Address: [To be determined]

Vendor Number: V007192
Amount of Claim: $14,636.58
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7192
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #133

Name: DEPUY SYNTHES SALES INC
Mailing Address: [To be determined]

Vendor Number: V001068
Amount of Claim: $71,273.37
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1068
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #134

Name: DEREK SCHOOLCRAFT
Mailing Address: [To be determined]

Vendor Number: V009506
Amount of Claim: $5.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9506
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #135

Name: DIAGNOSTICA STAGO INC
Mailing Address: [To be determined]

Vendor Number: V006568
Amount of Claim: $28,384.92
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6568
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #136

Name: DIGESTIVE HEALTH COMPLEX INC
Mailing Address: [To be determined]

Vendor Number: V008734
Amount of Claim: $1,025.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8734
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #137

Name: DILLONVALE-MT PLEASANT
Mailing Address: [To be determined]

Vendor Number: V000624
Amount of Claim: $96.25
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0624
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------
----------
Creditor #138

Name: DIRECT ENERGY BUSINESS
Mailing Address: [To be determined]

Vendor Number: V009188
Amount of Claim: $223,754.51
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9188
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------
----------
Creditor #139

Name: DOLLAR TREE
Mailing Address: [To be determined]

Vendor Number: V009568
Amount of Claim: $15.55
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9568
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------
----------
Creditor #140

Name: DOUGLAS LIGHTENER
Mailing Address: [To be determined]

Vendor Number: V009647
Amount of Claim: $423.96
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9647
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

Creditor #141

Name: DOUGLASS & ASSOCIATES
Mailing Address: [To be determined]

Vendor Number: V009529
Amount of Claim: $3,625.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9529
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

Creditor #142

Name: DRFIRST.COM INC
Mailing Address: [To be determined]

Vendor Number: V007847
Amount of Claim: $49,304.97
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7847
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

Creditor #143

Name: DYNAMIC ACCESS
Mailing Address: [To be determined]

Vendor Number: V009520
Amount of Claim: -$3,880.00 (Credit balance)

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9520
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #144

Name: DYNAMIC HEALTH IT
Mailing Address: [To be determined]

Vendor Number: V009645
Amount of Claim: $23,057.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9645
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #145

Name: ECLINICAL WORKS LLC
Mailing Address: [To be determined]

Vendor Number: V009461
Amount of Claim: $809.57
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9461
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #146

Name: EDWARDS LIFESCIENCES LLC

Mailing Address: [To be determined]

Vendor Number: V000180
Amount of Claim: $282.07
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0180
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------------

Creditor #147

Name: ELIXIR RX OPTIONS
Mailing Address: [To be determined]

Vendor Number: V009604
Amount of Claim: $265.65
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9604
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------------

Creditor #148

Name: ELIZABETH SNYDER
Mailing Address: [To be determined]

Vendor Number: V006637
Amount of Claim: $180.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6637
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------------

----------
Creditor #149

Name: EMPOWER TRUST COMPANY LLC
Mailing Address: [To be determined]

Vendor Number: V009497
Amount of Claim: $975.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9497
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #150

Name: ENRICH PRODUCTS IONIZATION
Mailing Address: [To be determined]

Vendor Number: V008617
Amount of Claim: $5,550.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8617
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #151

Name: EQUIP SYSTEMS
Mailing Address: [To be determined]

Vendor Number: V008485
Amount of Claim: $19,000.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8485
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #152

Name: EQUIPARTS CORP
Mailing Address: [To be determined]

Vendor Number: V008311
Amount of Claim: $8,917.13
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8311
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #153

Name: ERBE USA INC
Mailing Address: [To be determined]

Vendor Number: V006345
Amount of Claim: $4,587.06
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6345
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #154

Name: ETRF
Mailing Address: [To be determined]

Vendor Number: V009511
Amount of Claim: $470.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 9511
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------

Creditor #155

Name: EVOQUA WATER TECHNOLOGISTS LLC
Mailing Address: [To be determined]

Vendor Number: V000356
Amount of Claim: $22,724.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0356
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------

Creditor #156

Name: EXACTECH
Mailing Address: [To be determined]

Vendor Number: V009608
Amount of Claim: $90,300.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9608
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------

Creditor #157

Name: F.T.S. MANAGEMENT
Mailing Address: [To be determined]

Vendor Number: V003267
Amount of Claim: $2,170.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3267
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #158

Name: FDA-MQSA PROGRAM
Mailing Address: [To be determined]

Vendor Number: V005337
Amount of Claim: $716.61
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5337
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #159

Name: FILTECH INC
Mailing Address: [To be determined]

Vendor Number: V000671
Amount of Claim: $5,580.90
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0671
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #160

Name: FIRST DATABANK INC
Mailing Address: [To be determined]

Vendor Number: V004781
Amount of Claim: $26,742.30
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4781
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #161

Name: FIRST NET
Mailing Address: [To be determined]

Vendor Number: V009405
Amount of Claim: $6,509.67
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9405
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #162

Name: FISHER & PAYKEL HEALTHCARE INC
Mailing Address: [To be determined]

Vendor Number: V005818
Amount of Claim: $1,660.47
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5818
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
-----------
Creditor #163

Name: FISHER HEALTHCARE
Mailing Address: [To be determined]

Vendor Number: V000541
Amount of Claim: $14,523.30
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0541
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
-----------
Creditor #164

Name: FORWARD ADVANTAGE
Mailing Address: [To be determined]

Vendor Number: V007709
Amount of Claim: $50,523.39
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7709
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
-----------
Creditor #165

Name: FOX ROTHSCHILD LLP
Mailing Address: [To be determined]

Vendor Number: V007867
Amount of Claim: $1,399.50
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7867
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------

Creditor #166

Name: FRONT STREET
Mailing Address: [To be determined]

Vendor Number: V009638
Amount of Claim: $15.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9638
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------

Creditor #167

Name: FUELMAN
Mailing Address: [To be determined]

Vendor Number: V009422
Amount of Claim: $22,717.83
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9422
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------

Creditor #168

Name: GARRATT-CALLAHAN CO
Mailing Address: [To be determined]

Vendor Number: V000280
Amount of Claim: $28,412.24

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0280
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #169

Name: GE MEDICAL SYSTEMS
Mailing Address: [To be determined]

Vendor Number: V004266
Amount of Claim: $63.43
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4266
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #170

Name: GE PRECISION HEALTHCARE LLC
Mailing Address: [To be determined]

Vendor Number: V003617
Amount of Claim: $16,310.85
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3617
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #171

Name: GLO FIBER

Mailing Address: [To be determined]

Vendor Number: V008713
Amount of Claim: $59,665.65
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8713
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #172

Name: GLOBAL ACCOUNTING SOLUTIONS INC
Mailing Address: [To be determined]

Vendor Number: V009421
Amount of Claim: $126,681.65
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9421
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #173

Name: GOLDEN YEARS MAGAZINE
Mailing Address: [To be determined]

Vendor Number: V009651
Amount of Claim: $46.89
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9651
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

----------
Creditor #174

Name: GRAINGER INC
Mailing Address: [To be determined]

Vendor Number: V001218
Amount of Claim: $20,299.64
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1218
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #175

Name: GREAT LAKES RESTORATION LLC
Mailing Address: [To be determined]

Vendor Number: V009487
Amount of Claim: $10,075.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9487
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #176

Name: GREINER BIO-ONE NA INC
Mailing Address: [To be determined]

Vendor Number: V009240
Amount of Claim: $596.21
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9240
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
-----------

Creditor #177

Name: GRIFOLS
Mailing Address: [To be determined]

Vendor Number: V008751
Amount of Claim: $69,670.40
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8751
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #178

Name: GYNEX
Mailing Address: [To be determined]

Vendor Number: V009005
Amount of Claim: $4,479.71
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9005
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #179

Name: HADFIELD ELEVATOR LLC
Mailing Address: [To be determined]

Vendor Number: V009539
Amount of Claim: $15,166.23
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 9539
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

Creditor #180

Name: HAMILTON MEDICAL INC
Mailing Address: [To be determined]

Vendor Number: V001236
Amount of Claim: $2,641.47
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1236
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

Creditor #181

Name: HAMMONTREE AND ASSOCIATES
Mailing Address: [To be determined]

Vendor Number: V009363
Amount of Claim: $2,525.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9363
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

Creditor #182

Name: HAVEL'S INC
Mailing Address: [To be determined]

Vendor Number: V002776
Amount of Claim: $334.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 2776
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #183

Name: HAYES LOCUMS
Mailing Address: [To be determined]

Vendor Number: V009582
Amount of Claim: $41,638.62
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9582
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #184

Name: HEALTH FINANCIAL SYSTEMS
Mailing Address: [To be determined]

Vendor Number: V009307
Amount of Claim: $2,145.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9307
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #185

Name: HEALTHMARK INDUSTRIES CO INC
Mailing Address: [To be determined]

Vendor Number: V000316
Amount of Claim: $50.82
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0316
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #186

Name: HEATHER SHIELDS
Mailing Address: [To be determined]

Vendor Number: V009394
Amount of Claim: $868.82
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9394
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #187

Name: HELENA LABORATORIES
Mailing Address: [To be determined]

Vendor Number: V000318
Amount of Claim: $626.77
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0318
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #188

Name: HENRY SCHEIN INC
Mailing Address: [To be determined]

Vendor Number: V001353
Amount of Claim: $240.86
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1353
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #189

Name: HERAEUS MEDICAL
Mailing Address: [To be determined]

Vendor Number: V003343
Amount of Claim: $4,633.12
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3343
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #190

Name: HHC RX
Mailing Address: [To be determined]

Vendor Number: V009538
Amount of Claim: $3,077.59
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9538
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------------

----------

Creditor #191

Name: HI TOUCH BUSINESS SERVICE
Mailing Address: [To be determined]

Vendor Number: V009552
Amount of Claim: $36,355.24
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9552
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------------

----------

Creditor #192

Name: HILL-ROM COMPANY INC
Mailing Address: [To be determined]

Vendor Number: V000339
Amount of Claim: $149,134.98
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0339
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------------

----------

Creditor #193

Name: HOLOGIC INC
Mailing Address: [To be determined]

Vendor Number: V004688
Amount of Claim: $68,591.14

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4688
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

----------

Creditor #194

Name: HOMETRUST BANK
Mailing Address: [To be determined]

Vendor Number: V009514
Amount of Claim: $24,267.36
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9514
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

----------

Creditor #195

Name: HUGHES OFFICE EQUIPMENT
Mailing Address: [To be determined]

Vendor Number: V000552
Amount of Claim: $9,273.63
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0552
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

----------

Creditor #196

Name: ICAD INC

Mailing Address: [To be determined]

Vendor Number: V007112
Amount of Claim: $8,950.02
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7112
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #197

Name: IKONOPEDIA
Mailing Address: [To be determined]

Vendor Number: V009666
Amount of Claim: $5,625.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9666
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #198

Name: IMMUCOR
Mailing Address: [To be determined]

Vendor Number: V004841
Amount of Claim: $33,321.66
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4841
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------
Creditor #199

Name: INDUSTRIAL WATER MANAGEMENT
Mailing Address: [To be determined]

Vendor Number: V009659
Amount of Claim: $3,948.75
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9659
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
----------
Creditor #200

Name: INFINITT NORTH AMERICA
Mailing Address: [To be determined]

Vendor Number: V008820
Amount of Claim: $55,470.27
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8820
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
----------
Creditor #201

Name: INMAR RX SOLUTIONS INC
Mailing Address: [To be determined]

Vendor Number: V009190
Amount of Claim: $14,947.74
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9190
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------

Creditor #202

Name: INSURANCE REFUNDS
Mailing Address: [To be determined]

Vendor Number: V000002
Amount of Claim: $150,395.25
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0002
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------

Creditor #203

Name: INTEGRAL RX
Mailing Address: [To be determined]

Vendor Number: V009616
Amount of Claim: $1,091.81
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9616
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------

Creditor #204

Name: INTEGRITY ELEVATOR
Mailing Address: [To be determined]

Vendor Number: V009575
Amount of Claim: $17,210.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 9575
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------
----------

Creditor #205

Name: INTELLIGENT MEDICAL OBJECTS INC
Mailing Address: [To be determined]

Vendor Number: V008350
Amount of Claim: $20,389.17
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8350
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------
----------

Creditor #206

Name: INTERNATIONAL MEDICAL EQUIPMENT INC
Mailing Address: [To be determined]

Vendor Number: V009465
Amount of Claim: $2,500.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9465
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------
----------

Creditor #207

Name: IODINE SOFTWARE LLC
Mailing Address: [To be determined]

Vendor Number: V008328
Amount of Claim: $47,190.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8328
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #208

Name: IPFS CORPORATION
Mailing Address: [To be determined]

Vendor Number: V007892
Amount of Claim: $86,962.08
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7892
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #209

Name: ISS SOLUTIONS INC
Mailing Address: [To be determined]

Vendor Number: V008462
Amount of Claim: $312,916.18
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8462
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #210

Name: J & L COLLISION CENTER
Mailing Address: [To be determined]

Vendor Number: V009675
Amount of Claim: $2,813.04
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9675
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

----------
Creditor #211

Name: J2 CLOUD SERVICES LLC
Mailing Address: [To be determined]

Vendor Number: V008691
Amount of Claim: $19,096.20
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8691
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

----------
Creditor #212

Name: JAY'S COMPANY
Mailing Address: [To be determined]

Vendor Number: V008408
Amount of Claim: $1,708.05
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8408
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------
Creditor #213

Name: JEBBIA'S MARKET INC
Mailing Address: [To be determined]

Vendor Number: V003706
Amount of Claim: $9.90
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3706
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------
Creditor #214

Name: JEFFERSON COUNTY TREASURER
Mailing Address: [To be determined]

Vendor Number: V000118
Amount of Claim: $12,467.35
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0118
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------
Creditor #215

Name: JJ KELLER & ASSOCIATES INC
Mailing Address: [To be determined]

Vendor Number: V004346
Amount of Claim: $307.44
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4346
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------

----------

Creditor #216

Name: JOCHUM REFUSE SERVICES
Mailing Address: [To be determined]

Vendor Number: V009193
Amount of Claim: $17,870.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9193
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------

----------

Creditor #217

Name: JOHNSON BOILER WORKS INC
Mailing Address: [To be determined]

Vendor Number: V000372
Amount of Claim: $28,657.02
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0372
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------

----------

Creditor #218

Name: JOHNSON CONTROLS
Mailing Address: [To be determined]

Vendor Number: V006440
Amount of Claim: $35,428.30

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023~2025
Last 4 Digits of Account: 6440
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #219

Name: JOINT COMMISSION
Mailing Address: [To be determined]

Vendor Number: V003057
Amount of Claim: $12,520.80
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3057
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #220

Name: JOY HARRISON
Mailing Address: [To be determined]

Vendor Number: V009249
Amount of Claim: $8,117.76
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9249
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #221

Name: KAHOE AIR BALANCE

Mailing Address: [To be determined]

Vendor Number: V008290
Amount of Claim: $3,850.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8290
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #222

Name: KARA O'KARMA
Mailing Address: [To be determined]

Vendor Number: V009418
Amount of Claim: $16,566.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9418
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #223

Name: KELLI'S GIFT SHOP SUPPLIERS
Mailing Address: [To be determined]

Vendor Number: V009273
Amount of Claim: $1,305.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9273
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------
Creditor #224

Name: KERECIS
Mailing Address: [To be determined]

Vendor Number: V009267
Amount of Claim: $55,609.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9267
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #225

Name: KEYSOURCE ACQUISITION LLC
Mailing Address: [To be determined]

Vendor Number: V009504
Amount of Claim: $9,402.18
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9504
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #226

Name: KROGER COMPANY
Mailing Address: [To be determined]

Vendor Number: V002498
Amount of Claim: $284.95
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 2498
Claim Status: Liquidated
Contingent: No
Unliquidated: No

    Disputed: No
    Subject to Offset: No

    ----------------------------------------------------------------------
    ----------
    Creditor #227

    Name: LABORATORY CORPORATION OF AMERICA
    Mailing Address: [To be determined]

    Vendor Number: V004686
    Amount of Claim: $71,823.04
    Basis for Claim: Trade debt
    Date Debt Incurred: Various 2023-2025
    Last 4 Digits of Account: 4686
    Claim Status: Liquidated
    Contingent: No
    Unliquidated: No
    Disputed: No
    Subject to Offset: No

    ----------------------------------------------------------------------
    ----------
    Creditor #228

    Name: LABORIE
    Mailing Address: [To be determined]

    Vendor Number: V006276
    Amount of Claim: $812.95
    Basis for Claim: Trade debt
    Date Debt Incurred: Various 2023-2025
    Last 4 Digits of Account: 6276
    Claim Status: Liquidated
    Contingent: No
    Unliquidated: No
    Disputed: No
    Subject to Offset: No

    ----------------------------------------------------------------------
    ----------
    Creditor #229

    Name: LAMAR COMPANIES
    Mailing Address: [To be determined]

    Vendor Number: V008869
    Amount of Claim: $9,000.00
    Basis for Claim: Trade debt
    Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 8869
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #230

Name: LANTHEUS MEDICAL IMAGING INC
Mailing Address: [To be determined]

Vendor Number: V000176
Amount of Claim: $1,408.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0176
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #231

Name: LAROCHE TREE SERVICE, INC
Mailing Address: [To be determined]

Vendor Number: V009697
Amount of Claim: $3,174.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9697
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #232

Name: LAWSON PRODUCTS INC
Mailing Address: [To be determined]

Vendor Number: V004072
Amount of Claim: $3,567.31
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4072
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #233

Name: LCG CLINICAL DIAGNOSTICS INC
Mailing Address: [To be determined]

Vendor Number: V006947
Amount of Claim: $4,742.03
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6947
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #234

Name: LEICA MICROSYSTEMS
Mailing Address: [To be determined]

Vendor Number: V009532
Amount of Claim: $80,246.36
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9532
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #235

Name: LIBERTY DISTRIBUTORS INC
Mailing Address: [To be determined]

Vendor Number: V000409
Amount of Claim: $15,308.70
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0409
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #236

Name: LOWE'S COMPANIES INC
Mailing Address: [To be determined]

Vendor Number: V004914
Amount of Claim: $2,091.38
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4914
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #237

Name: MAGGIE HODGE
Mailing Address: [To be determined]

Vendor Number: V008444
Amount of Claim: $1,328.06
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8444
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
-----------
Creditor #238

Name: MAINE MOLECULAR QUALITY CONTROLS
Mailing Address: [To be determined]

Vendor Number: V009366
Amount of Claim: $424.72
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9366
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
-----------
Creditor #239

Name: MALCO SCRUBS & EMBROIDERY, LLC
Mailing Address: [To be determined]

Vendor Number: V008814
Amount of Claim: $697.10
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8814
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
-----------
Creditor #240

Name: MARK P JOSEPH, CPA, PLLC
Mailing Address: [To be determined]

Vendor Number: V008380
Amount of Claim: $3,444.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8380
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #241

Name: MARKET LAB
Mailing Address: [To be determined]

Vendor Number: V006009
Amount of Claim: $1,069.23
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6009
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #242

Name: MARYJANE WILLIAMS
Mailing Address: [To be determined]

Vendor Number: V009355
Amount of Claim: $185.47
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9355
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #243

Name: MASI ENVIRONMENTAL LABS
Mailing Address: [To be determined]

Vendor Number: V009597
Amount of Claim: $1,044.80

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9597
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #244

Name: MATHESON TRI-GAS INC
Mailing Address: [To be determined]

Vendor Number: V001073
Amount of Claim: $145,327.17
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1073
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #245

Name: MATTHEW GEORGE
Mailing Address: [To be determined]

Vendor Number: V009595
Amount of Claim: $4,500.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9595
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #246

Name: MAXIM MEDICAL SERVICES

Mailing Address: [To be determined]

Vendor Number: V009580
Amount of Claim: −$999.99 (Credit balance)
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023−2025
Last 4 Digits of Account: 9580
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____
Creditor #247

Name: MAXX HEALTH INC
Mailing Address: [To be determined]

Vendor Number: V009413
Amount of Claim: $122,855.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023−2025
Last 4 Digits of Account: 9413
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____
Creditor #248

Name: MCG HEALTH LLC
Mailing Address: [To be determined]

Vendor Number: V008932
Amount of Claim: $26,828.78
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023−2025
Last 4 Digits of Account: 8932
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

----------
Creditor #249

Name: MCKAMISH INC
Mailing Address: [To be determined]

Vendor Number: V009672
Amount of Claim: $2,969.84
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9672
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------------------------------------
----------
Creditor #250

Name: MCKESSON
Mailing Address: [To be determined]

Vendor Number: V001157
Amount of Claim: $3,502.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1157
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------------------------------------
----------
Creditor #251

Name: MCKESSON MEDICAL-SURGICAL INC
Mailing Address: [To be determined]

Vendor Number: V008583
Amount of Claim: $103,879.43
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8583
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

_____
_____

Creditor #252

Name: MEAL SUITE INC
Mailing Address: [To be determined]

Vendor Number: V009460
Amount of Claim: $800.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9460
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #253

Name: MEDICAL BUSINESS ADMINISTRATION INC
Mailing Address: [To be determined]

Vendor Number: V006256
Amount of Claim: $2,044.07
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6256
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #254

Name: MEDICAL EQUIPMENT SERVICE & REPAIR
Mailing Address: [To be determined]

Vendor Number: V006188
Amount of Claim: $4,750.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 6188
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #255

Name: MEDICAL INFORMATION TECHNOLOGY INC
Mailing Address: [To be determined]

Vendor Number: V000701
Amount of Claim: $192,654.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0701
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #256

Name: MEDLINE INDUSTRIES INC
Mailing Address: [To be determined]

Vendor Number: V000708
Amount of Claim: $22,948.77
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0708
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #257

Name: MEDPIPE INC
Mailing Address: [To be determined]

Vendor Number: V006358
Amount of Claim: $7,132.93
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6358
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #258

Name: MEDPRO WASTE DISPOSAL, LLC
Mailing Address: [To be determined]

Vendor Number: V009702
Amount of Claim: $7,448.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9702
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #259

Name: MEDRAD INC
Mailing Address: [To be determined]

Vendor Number: V000769
Amount of Claim: $1,751.79
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0769
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

_____

Creditor #260

Name: MEDTOX DIAGNOSTICS
Mailing Address: [To be determined]

Vendor Number: V009696
Amount of Claim: $6,494.95
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9696
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #261

Name: MEDTRONIC USA INC
Mailing Address: [To be determined]

Vendor Number: V000770
Amount of Claim: $32,660.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0770
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #262

Name: MENTOR WORLDWIDE LLC
Mailing Address: [To be determined]

Vendor Number: V001765
Amount of Claim: $2,577.92
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1765
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #263

Name: MERIT MEDICAL SYSTEMS INC
Mailing Address: [To be determined]

Vendor Number: V005039
Amount of Claim: $4,350.53
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5039
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #264

Name: MERRY X-RAY INC
Mailing Address: [To be determined]

Vendor Number: V007032
Amount of Claim: $225.56
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7032
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #265

Name: METROPOLITAN LIFE INSURANCE
Mailing Address: [To be determined]

Vendor Number: V009132
Amount of Claim: $150,847.75
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9132
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #266

Name: MFI MEDICAL EQUIPMENT INC
Mailing Address: [To be determined]

Vendor Number: V008960
Amount of Claim: $119.97
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8960
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #267

Name: MICROLINE SURGICAL INC
Mailing Address: [To be determined]

Vendor Number: V008336
Amount of Claim: $8,372.14
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8336
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #268

Name: MICROSOFT CORPORATION
Mailing Address: [To be determined]

Vendor Number: V009344
Amount of Claim: $1,608.75

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9344
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #269

Name: MIDWEST MEDICAL SYSTEMS LLC
Mailing Address: [To be determined]

Vendor Number: V008643
Amount of Claim: $1,275.75
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8643
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #270

Name: MILLENNIUM SURGICAL CORP.
Mailing Address: [To be determined]

Vendor Number: V008077
Amount of Claim: $1,143.30
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8077
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #271

Name: MINERVA SURGICAL

Mailing Address: [To be determined]

Vendor Number: V008948
Amount of Claim: $67,685.75
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8948
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

Creditor #272

Name: MISCELLANEOUS/ONE-TIME VENDORS FOR
Mailing Address: [To be determined]

Vendor Number: V000009
Amount of Claim: $14,475.53
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0009
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

Creditor #273

Name: MOUNTAINEER GAS COMPANY
Mailing Address: [To be determined]

Vendor Number: V000738
Amount of Claim: $139.81
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0738
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

----------
Creditor #274

Name: MTF BIOLOGICS
Mailing Address: [To be determined]

Vendor Number: V009462
Amount of Claim: $148.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9462
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #275

Name: MUSCULOSKELETAL TRANSPLANT FOUNDATN
Mailing Address: [To be determined]

Vendor Number: V000831
Amount of Claim: $10,191.25
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0831
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #276

Name: MXR IMAGING INC
Mailing Address: [To be determined]

Vendor Number: V009201
Amount of Claim: $3,057.62
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9201
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

Creditor #277

Name: NANISX LLC
Mailing Address: [To be determined]

Vendor Number: V009681
Amount of Claim: $6,600.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9681
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

Creditor #278

Name: NANOSONICS INC
Mailing Address: [To be determined]

Vendor Number: V009494
Amount of Claim: $337.85
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9494
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

Creditor #279

Name: NATIONAL EQUIPMENT CO
Mailing Address: [To be determined]

Vendor Number: V000589
Amount of Claim: $2,282.34
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 0589
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------

Creditor #280

Name: NATIONWIDE POWER
Mailing Address: [To be determined]

Vendor Number: V009676
Amount of Claim: $6,141.41
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9676
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------

Creditor #281

Name: NATIONWIDE SERVICES
Mailing Address: [To be determined]

Vendor Number: V009665
Amount of Claim: $1,982.16
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9665
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------

Creditor #282

Name: NESTLE USA
Mailing Address: [To be determined]

Vendor Number: V006349
Amount of Claim: $19,012.85
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6349
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------------------------------------
-----------

Creditor #283

Name: NET HEALTH SYSTEMS INC
Mailing Address: [To be determined]

Vendor Number: V009368
Amount of Claim: $4,331.33
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9368
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------------------------------------
-----------

Creditor #284

Name: NEW CUMBERLAND AMBULANCE SERVICE
Mailing Address: [To be determined]

Vendor Number: V009386
Amount of Claim: $1,441.69
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9386
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------------------------------------
-----------

Creditor #285

Name: NIKO HEALTH
Mailing Address: [To be determined]

Vendor Number: V009610
Amount of Claim: $7,546.20
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9610
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #286

Name: NORMAN DAVIS
Mailing Address: [To be determined]

Vendor Number: V007912
Amount of Claim: $67.20
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7912
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #287

Name: NORTHEAST HEALTHCARE RECRUITMENT
Mailing Address: [To be determined]

Vendor Number: V009411
Amount of Claim: $11,000.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9411
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------
----------
Creditor #288

Name: NORTHWIND RXADMINISTRATION, LLC
Mailing Address: [To be determined]

Vendor Number: V009661
Amount of Claim: $250,053.83
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9661
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------
----------
Creditor #289

Name: NOVA BIOMEDICAL
Mailing Address: [To be determined]

Vendor Number: V009287
Amount of Claim: $89.55
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9287
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------------
----------
Creditor #290

Name: NRC HEALTH
Mailing Address: [To be determined]

Vendor Number: V007537
Amount of Claim: $23,259.13
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7537
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------

Creditor #291

Name: NRG BUSINESS MARKETING
Mailing Address: [To be determined]

Vendor Number: V009600
Amount of Claim: $446.17
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9600
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------

Creditor #292

Name: NUANCE COMMUNICATIONS INC
Mailing Address: [To be determined]

Vendor Number: V000622
Amount of Claim: $1,715.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0622
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------

Creditor #293

Name: OHIO BIOMEDICAL SERVICES
Mailing Address: [To be determined]

Vendor Number: V009679
Amount of Claim: $32,000.00

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9679
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #294

Name: OHIO HEALTH CONSORTIUM, INC
Mailing Address: [To be determined]

Vendor Number: V009653
Amount of Claim: $12,075.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9653
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #295

Name: OHIO MEDICAL CORPORATION
Mailing Address: [To be determined]

Vendor Number: V007194
Amount of Claim: $3,214.49
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7194
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
-----------

Creditor #296

Name: OHIO TURNPIKE

Mailing Address: [To be determined]

Vendor Number: V009691
Amount of Claim: $58.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9691
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #297

Name: OLYMPUS AMERICA INC
Mailing Address: [To be determined]

Vendor Number: V000567
Amount of Claim: $17,696.74
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0567
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #298

Name: OMPC LLC
Mailing Address: [To be determined]

Vendor Number: V009241
Amount of Claim: $8,221.49
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9241
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------
Creditor #299

Name: ON PAGE CORPORATION
Mailing Address: [To be determined]

Vendor Number: V009278
Amount of Claim: $695.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9278
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------
Creditor #300

Name: ONESPAN
Mailing Address: [To be determined]

Vendor Number: V009275
Amount of Claim: $263.85
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9275
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------
Creditor #301

Name: OPEN PRACTICE SOLUTIONS LTD
Mailing Address: [To be determined]

Vendor Number: V009339
Amount of Claim: $7,477.52
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9339
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #302

Name: ORGANOGENESIS, INC.
Mailing Address: [To be determined]

Vendor Number: V007479
Amount of Claim: $10,200.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7479
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #303

Name: ORTHO-CLINICAL DIAGNOSTICS INC
Mailing Address: [To be determined]

Vendor Number: V000574
Amount of Claim: $67,751.94
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0574
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #304

Name: OUTCOMES
Mailing Address: [To be determined]

Vendor Number: V009625
Amount of Claim: $1,353.63
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 9625
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #305

Name: PA TURNPIKE
Mailing Address: [To be determined]

Vendor Number: V009510
Amount of Claim: $140.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9510
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #306

Name: PACIRA PHARMACEUTICALS
Mailing Address: [To be determined]

Vendor Number: V009509
Amount of Claim: $2,902.63
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9509
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #307

Name: PANHANDLE CLEANING & RESTORATION
Mailing Address: [To be determined]

Vendor Number: V007745
Amount of Claim: $25,500.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7745
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #308

Name: PARALLON TECHNOLOGY SOLUTIONS
Mailing Address: [To be determined]

Vendor Number: V009062
Amount of Claim: $28,648.91
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9062
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #309

Name: PATIENT REFUNDS
Mailing Address: [To be determined]

Vendor Number: V000001
Amount of Claim: $40,673.91
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0001
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #310

Name: PATTON BUILDING SERVICES INC
Mailing Address: [To be determined]

Vendor Number: V009474
Amount of Claim: $9,974.28
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9474
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #311

Name: PENN L KURTZ
Mailing Address: [To be determined]

Vendor Number: V003592
Amount of Claim: $550.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3592
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #312

Name: PENTAX MEDICAL COMPANY
Mailing Address: [To be determined]

Vendor Number: V006111
Amount of Claim: $354.87
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6111
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #313

Name: PEPSI COLA COMPANY
Mailing Address: [To be determined]

Vendor Number: V000815
Amount of Claim: $16,192.28
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0815
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #314

Name: PHARMALOGIC BRIDGEPORT
Mailing Address: [To be determined]

Vendor Number: V009699
Amount of Claim: $2,023.09
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9699
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #315

Name: PHILIPS HEALTHCARE
Mailing Address: [To be determined]

Vendor Number: V000322
Amount of Claim: $320.68
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0322
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #316

Name: PINNACLE LOCUM TENENS
Mailing Address: [To be determined]

Vendor Number: V009501
Amount of Claim: $76,381.99
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9501
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #317

Name: PIPELINE HEALTH HOLDINGS LLC
Mailing Address: [To be determined]

Vendor Number: V009245
Amount of Claim: $24,000.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9245
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #318

Name: PLATINUM CODE
Mailing Address: [To be determined]

Vendor Number: V009220
Amount of Claim: $16,399.46

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9220
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------

Creditor #319

Name: POINTCLICKCARE TECHNOLOGIES INC
Mailing Address: [To be determined]

Vendor Number: V008042
Amount of Claim: $77,694.83
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8042
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------

Creditor #320

Name: PRACTICE MANAGEMENT
Mailing Address: [To be determined]

Vendor Number: V009382
Amount of Claim: $30,042.72
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9382
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------

Creditor #321

Name: PRECISION ANESTHESIA SERVICES,LLC

Mailing Address: [To be determined]

Vendor Number: V009662
Amount of Claim: $91,500.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9662
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------------

Creditor #322

Name: PRIORITY HEALTHCARE DIST
Mailing Address: [To be determined]

Vendor Number: V009285
Amount of Claim: $9,815.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9285
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------------

Creditor #323

Name: PROGRESS SOFTWARE CORP
Mailing Address: [To be determined]

Vendor Number: V009480
Amount of Claim: $1,285.93
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9480
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------------

----------
Creditor #324

Name: PRONK TECHNOLOGIES
Mailing Address: [To be determined]

Vendor Number: V009674
Amount of Claim: $12,880.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9674
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

----------
Creditor #325

Name: QCENTRIX LLC
Mailing Address: [To be determined]

Vendor Number: V009407
Amount of Claim: $13,498.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9407
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

----------
Creditor #326

Name: QGENDA LLC
Mailing Address: [To be determined]

Vendor Number: V009558
Amount of Claim: $298.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9558
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

_____
_____

Creditor #327

Name: QRS CALIBRATIONS
Mailing Address: [To be determined]

Vendor Number: V009670
Amount of Claim: $1,202.10
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9670
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #328

Name: QUADAX INC
Mailing Address: [To be determined]

Vendor Number: V001271
Amount of Claim: $474.88
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1271
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #329

Name: QUADIENT FINANCE USA INC
Mailing Address: [To be determined]

Vendor Number: V009207
Amount of Claim: $6,492.90
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 9207
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #330

Name: RADIOLOGY ASSOC OF SC LLC
Mailing Address: [To be determined]

Vendor Number: V009684
Amount of Claim: $562,819.66
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9684
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #331

Name: RADIOLOGY ASSOCIATES
Mailing Address: [To be determined]

Vendor Number: V007515
Amount of Claim: $47.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7515
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------

Creditor #332

Name: RADON MEDICAL IMAGING CORP-WV
Mailing Address: [To be determined]

Vendor Number: V008715
Amount of Claim: $43,268.05
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8715
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #333

Name: RECRUITER
Mailing Address: [To be determined]

Vendor Number: V009573
Amount of Claim: $975.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9573
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #334

Name: REDSAIL TECHNOLOGIES LLC
Mailing Address: [To be determined]

Vendor Number: V009594
Amount of Claim: $16,161.47
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9594
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #335

Name: REMI GROUP
Mailing Address: [To be determined]

Vendor Number: V008094
Amount of Claim: $14,732.26
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8094
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #336

Name: RESPIRONICS INC
Mailing Address: [To be determined]

Vendor Number: V004525
Amount of Claim: $1,077.93
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4525
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #337

Name: RICH & SHIRLEY'S QUICKPRINT
Mailing Address: [To be determined]

Vendor Number: V000885
Amount of Claim: $3,092.19
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0885
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------
Creditor #338

Name: RIESBECK'S FOOD MARKETS INC
Mailing Address: [To be determined]

Vendor Number: V003863
Amount of Claim: $5.96
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3863
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------
Creditor #339

Name: ROBERT WETZEL MD
Mailing Address: [To be determined]

Vendor Number: V005431
Amount of Claim: $2,667.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5431
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------
----------
Creditor #340

Name: ROLAND CHALIFOUX JR D.O.
Mailing Address: [To be determined]

Vendor Number: V009495
Amount of Claim: $23,740.23
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9495
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------
----------

Creditor #341

Name: RR DONNELLEY
Mailing Address: [To be determined]

Vendor Number: V001172
Amount of Claim: $314.69
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1172
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------
----------

Creditor #342

Name: S A COMUNALE CO INC
Mailing Address: [To be determined]

Vendor Number: V006632
Amount of Claim: $2,289.07
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6632
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------
----------

Creditor #343

Name: SAMS CLUB
Mailing Address: [To be determined]

Vendor Number: V007591
Amount of Claim: $418.06

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7591
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #344

Name: SANJAY CHAUDHRY MD
Mailing Address: [To be determined]

Vendor Number: V006541
Amount of Claim: $9,363.18
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6541
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #345

Name: SATYA ACHARYA
Mailing Address: [To be determined]

Vendor Number: V009543
Amount of Claim: $255.32
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9543
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #346

Name: SCHENERLEIN AND SLIGAR INC

Mailing Address: [To be determined]

Vendor Number: V009334
Amount of Claim: $6,904.77
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9334
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #347

Name: SCHWENDEL - VAN DEUSEN LLC
Mailing Address: [To be determined]

Vendor Number: V009524
Amount of Claim: $10,000.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9524
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #348

Name: SECURE CARE HEALTH SYSTEMS INC
Mailing Address: [To be determined]

Vendor Number: V008305
Amount of Claim: $875.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8305
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

----------
Creditor #349

Name: SEDGWICK
Mailing Address: [To be determined]

Vendor Number: V009593
Amount of Claim: $2,970.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9593
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #350

Name: SELECT POS & PERIPHERALS,LLC.
Mailing Address: [To be determined]

Vendor Number: V008967
Amount of Claim: $1,753.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8967
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #351

Name: SEM WORKS
Mailing Address: [To be determined]

Vendor Number: V009622
Amount of Claim: $1,282.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9622
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

-----------------------------------------------------------------
-----------

Creditor #352

Name: SEMMER LIGHTING
Mailing Address: [To be determined]

Vendor Number: V009689
Amount of Claim: $566.95
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9689
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------------------------------
-----------

Creditor #353

Name: SEQIRUS USA INC
Mailing Address: [To be determined]

Vendor Number: V009586
Amount of Claim: $8,313.90
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9586
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-----------------------------------------------------------------
-----------

Creditor #354

Name: SHAWDARE KELLY
Mailing Address: [To be determined]

Vendor Number: V009384
Amount of Claim: $278.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 9384
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

Creditor #355

Name: SHAWN CORE
Mailing Address: [To be determined]

Vendor Number: V009518
Amount of Claim: $74.79
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9518
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

Creditor #356

Name: SHERWIN-WILLIAMS
Mailing Address: [To be determined]

Vendor Number: V001002
Amount of Claim: $2,758.78
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1002
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------

Creditor #357

Name: SHIRTS 'N MORE
Mailing Address: [To be determined]

Vendor Number: V001004
Amount of Claim: $2,558.50
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1004
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #358

Name: SKY OXYGEN
Mailing Address: [To be determined]

Vendor Number: V009489
Amount of Claim: $15.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9489
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #359

Name: SMART SIGN
Mailing Address: [To be determined]

Vendor Number: V009473
Amount of Claim: $817.86
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9473
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #360

Name: SMITH & NEPHEW
Mailing Address: [To be determined]

Vendor Number: V001015
Amount of Claim: $190,327.08
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1015
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #361

Name: SMITH & NEPHEW ORTHOPAEDICS
Mailing Address: [To be determined]

Vendor Number: V001016
Amount of Claim: $22,760.69
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1016
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #362

Name: SMITH & NEPHEW WOUND MANAGEMENT DIV
Mailing Address: [To be determined]

Vendor Number: V006300
Amount of Claim: $2,772.35
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6300
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #363

Name: SMITH EOH CONSULTING LLC
Mailing Address: [To be determined]

Vendor Number: V009502
Amount of Claim: $388,336.03
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9502
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #364

Name: SONICU MONITORING MEASURED
Mailing Address: [To be determined]

Vendor Number: V009209
Amount of Claim: $2,173.11
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9209
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #365

Name: SOUTHERN OHIO MEDICAL CENTER
Mailing Address: [To be determined]

Vendor Number: V009700
Amount of Claim: $3,132.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9700
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #366

Name: SPILMAN THOMAS & BATTLE PLLC
Mailing Address: [To be determined]

Vendor Number: V007335
Amount of Claim: $27,722.50
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7335
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #367

Name: SPIRIT OF 76 VOL. FIRE DEPT
Mailing Address: [To be determined]

Vendor Number: V009123
Amount of Claim: $7,881.80
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9123
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #368

Name: SPORTS ART AMERICA
Mailing Address: [To be determined]

Vendor Number: V002749
Amount of Claim: $69.54

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 2749
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #369

Name: ST CLAIRSVILLE CHAMBER OF COMMERCE
Mailing Address: [To be determined]

Vendor Number: V004097
Amount of Claim: $80.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4097
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #370

Name: ST CLAIRSVILLE MUNICIPAL UTILITIES
Mailing Address: [To be determined]

Vendor Number: V004668
Amount of Claim: $2,632.20
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4668
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #371

Name: STAPLES

Mailing Address: [To be determined]

Vendor Number: V007883
Amount of Claim: $387.02
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7883
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____
Creditor #372

Name: STATLAB MEDICAL PRODUCTS INC
Mailing Address: [To be determined]

Vendor Number: V008061
Amount of Claim: $5,451.56
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8061
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____
Creditor #373

Name: STERICYCLE INC
Mailing Address: [To be determined]

Vendor Number: V000765
Amount of Claim: $183,912.33
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0765
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

----------
Creditor #374

Name: STERIS CORPORATION
Mailing Address: [To be determined]

Vendor Number: V004176
Amount of Claim: $8,940.02
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4176
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------
Creditor #375

Name: STERIS INSTRUMENT MANAGEMENT
Mailing Address: [To be determined]

Vendor Number: V004499
Amount of Claim: $22,212.26
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 4499
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------
Creditor #376

Name: STRAUB FORD
Mailing Address: [To be determined]

Vendor Number: V009649
Amount of Claim: $18,399.68
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9649
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #377

Name: STRYKER INSTRUMENTS
Mailing Address: [To be determined]

Vendor Number: V002409
Amount of Claim: $25,678.31
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 2409
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #378

Name: STRYKER MEDICAL
Mailing Address: [To be determined]

Vendor Number: V001048
Amount of Claim: $58,837.76
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1048
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #379

Name: STRYKER ORTHOPAEDICS
Mailing Address: [To be determined]

Vendor Number: V003758
Amount of Claim: $45,370.90
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 3758
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #380

Name: STRYKER SALES LLC
Mailing Address: [To be determined]

Vendor Number: V009221
Amount of Claim: $4,805.58
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9221
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #381

Name: SUTTER MEDICAL TECHNOLOGIES USA INC
Mailing Address: [To be determined]

Vendor Number: V009548
Amount of Claim: $5,858.54
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9548
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #382

Name: TDS OPERATING INC
Mailing Address: [To be determined]

Vendor Number: V008424
Amount of Claim: $6,919.52
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8424
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #383

Name: TEGRIA
Mailing Address:
220 W. Mercer Street, Suite 200
Seattle, WA 98119

Vendor Number: V009296
Amount of Claim: $847,395.54
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9296
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #384

Name: TERUMO CORPORATION
Mailing Address: [To be determined]

Vendor Number: V000933
Amount of Claim: $2,228.13
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0933
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____

----------

Creditor #385

Name: THE K COMPANY INC
Mailing Address: [To be determined]

Vendor Number: V009194
Amount of Claim: $19,856.48
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9194
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #386

Name: THE MEGLIO GROUP
Mailing Address: [To be determined]

Vendor Number: V009643
Amount of Claim: $13,331.73
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9643
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #387

Name: THE OHIO STATE HEALTH NETWORK
Mailing Address: [To be determined]

Vendor Number: V008423
Amount of Claim: $2,810.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8423
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

_____
_____

Creditor #388

Name: THE STAYWELL COMPANY
Mailing Address: [To be determined]

Vendor Number: V000394
Amount of Claim: $82.58
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0394
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #389

Name: THE STEVE HOLMES GROUP
Mailing Address: [To be determined]

Vendor Number: V009361
Amount of Claim: $462.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9361
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #390

Name: THINK WEALTH
Mailing Address: [To be determined]

Vendor Number: V009569
Amount of Claim: $750.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 9569
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #391

Name: THOMAS SCIENTIFIC
Mailing Address: [To be determined]

Vendor Number: V000934
Amount of Claim: $1,814.01
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0934
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #392

Name: TIFFANY BENDO
Mailing Address: [To be determined]

Vendor Number: V009484
Amount of Claim: $47.82
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9484
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #393

Name: TILTONSVILLE WATER DEPARTMENT
Mailing Address: [To be determined]

Vendor Number: V000938
Amount of Claim: $166.45
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0938
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------

Creditor #394

Name: TOTTERDALE BROS SUPPLY CO INC
Mailing Address: [To be determined]

Vendor Number: V000945
Amount of Claim: $1,131.12
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0945
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------

Creditor #395

Name: TRAVELERS
Mailing Address: [To be determined]

Vendor Number: V007919
Amount of Claim: $157,488.60
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7919
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
-----------

Creditor #396

Name: TREASURER OF STATE OF OHIO
Mailing Address: [To be determined]

Vendor Number: V000021
Amount of Claim: $3,100.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0021
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------
Creditor #397

Name: TREASURER OF STATE OF OHIO
Mailing Address: [To be determined]

Vendor Number: V001496
Amount of Claim: $9,192.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1496
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------
Creditor #398

Name: TREASURER OF STATE OF OHIO
Mailing Address: [To be determined]

Vendor Number: V001497
Amount of Claim: $480.25
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1497
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------

Creditor #399

Name: TREASURER OF STATE OF OHIO
Mailing Address: [To be determined]

Vendor Number: V003319
Amount of Claim: $100.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 3319
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------

Creditor #400

Name: TREASURER OF STATE OF OHIO
Mailing Address: [To be determined]

Vendor Number: V006798
Amount of Claim: $100.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6798
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------

----------

Creditor #401

Name: TREASURER STATE OF OHIO
Mailing Address: [To be determined]

Vendor Number: V002157
Amount of Claim: $819.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 2157
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-------------------------------------------------------------------------------
----------

Creditor #402

Name: TREASURER STATE OF OHIO
Mailing Address: [To be determined]

Vendor Number: V009178
Amount of Claim: $2,478.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9178
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-------------------------------------------------------------------------------
----------

Creditor #403

Name: TRI MED
Mailing Address: [To be determined]

Vendor Number: V009599
Amount of Claim: $645.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9599
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

-------------------------------------------------------------------------------
----------

Creditor #404

Name: TRI-ANIM HEALTH SERVICES INC
Mailing Address: [To be determined]

Vendor Number: V002691
Amount of Claim: $3,832.19

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 2691
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #405

Name: TROY GROUP
Mailing Address: [To be determined]

Vendor Number: V009417
Amount of Claim: $4,167.45
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9417
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #406

Name: TSI INC
Mailing Address: [To be determined]

Vendor Number: V005989
Amount of Claim: $3,469.39
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5989
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------

Creditor #407

Name: TTG ISOTOPES

Mailing Address: [To be determined]

Vendor Number: V009677
Amount of Claim: $6,055.57
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9677
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #408

Name: TYPENEX MEDICAL LLC
Mailing Address: [To be determined]

Vendor Number: V007248
Amount of Claim: $1,455.22
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7248
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

Creditor #409

Name: U S FOODSERVICE
Mailing Address: [To be determined]

Vendor Number: V001186
Amount of Claim: $82,666.31
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1186
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------------

----------
Creditor #410

Name: UNITED AD LABEL
Mailing Address: [To be determined]

Vendor Number: V000690
Amount of Claim: $9.92
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 0690
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #411

Name: UNITED STATES TREASURY
Mailing Address: [To be determined]

Vendor Number: V005649
Amount of Claim: $5.30
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 5649
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------
Creditor #412

Name: UP TO DATE INC
Mailing Address: [To be determined]

Vendor Number: V007618
Amount of Claim: $40,231.62
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7618
Claim Status: Liquidated
Contingent: No
Unliquidated: No

Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #413

Name: UPDOX LLC
Mailing Address: [To be determined]

Vendor Number: V009434
Amount of Claim: $2,527.08
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9434
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #414

Name: UPLANCER AGENCY LLC
Mailing Address: [To be determined]

Vendor Number: V009354
Amount of Claim: $3,220.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9354
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

----------------------------------------------------------------------
----------

Creditor #415

Name: USI INSURANCE SERVICES LLC
Mailing Address: [To be determined]

Vendor Number: V008458
Amount of Claim: $1,000.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025

Last 4 Digits of Account: 8458
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #416

Name: USMED-EQUIP INC
Mailing Address: [To be determined]

Vendor Number: V008097
Amount of Claim: $4,441.39
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8097
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #417

Name: VERATHON INC
Mailing Address: [To be determined]

Vendor Number: V006089
Amount of Claim: $424.14
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 6089
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

_____
_____

Creditor #418

Name: VERITEXT
Mailing Address: [To be determined]

Vendor Number: V009528
Amount of Claim: $949.95
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9528
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #419

Name: VIZIENT
Mailing Address: [To be determined]

Vendor Number: V009547
Amount of Claim: $1,092.73
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9547
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #420

Name: VYAIRE MEDICAL 211 INC
Mailing Address: [To be determined]

Vendor Number: V009634
Amount of Claim: $58,527.08
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9634
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------

Creditor #421

Name: WATER TRANSPORT
Mailing Address: [To be determined]

Vendor Number: V001101
Amount of Claim: $4,118.75
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1101
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #422

Name: WAYSTAR INC
Mailing Address: [To be determined]

Vendor Number: V009442
Amount of Claim: $84,298.03
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9442
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

------------------------------------------------------------------------
----------
Creditor #423

Name: WEATHERBY LOCUMS, INC.
Mailing Address: [To be determined]

Vendor Number: V008762
Amount of Claim: $225,577.96
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 8762
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

----------

Creditor #424

Name: WERFEN USA LLC
Mailing Address: [To be determined]

Vendor Number: V009191
Amount of Claim: $18,219.37
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9191
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

----------

Creditor #425

Name: WESTERN BRANCH DIESEL
Mailing Address: [To be determined]

Vendor Number: V009491
Amount of Claim: $679.24
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9491
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---

----------

Creditor #426

Name: WESTERN RESERVE O P CENTRE
Mailing Address: [To be determined]

Vendor Number: V009496
Amount of Claim: $8,247.51
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 9496
Claim Status: Liquidated

Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------

Creditor #427

Name: WHEELING AREA CHAMBER OF COMMERCE
Mailing Address: [To be determined]

Vendor Number: V001127
Amount of Claim: $990.00
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1127
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------

Creditor #428

Name: WHEELING HOSPITAL INC
Mailing Address: [To be determined]

Vendor Number: V001135
Amount of Claim: $13,668.73
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1135
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

--------------------------------------------------------------------------
----------

Creditor #429

Name: WHEELING RUBBER PRODUCTS INC
Mailing Address: [To be determined]

Vendor Number: V001139
Amount of Claim: $2,775.75

Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1139
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #430

Name: WILSON BLACKTOP CORP
Mailing Address: [To be determined]

Vendor Number: V001438
Amount of Claim: $1,817.31
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 1438
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #431

Name: XODUS MEDICAL
Mailing Address: [To be determined]

Vendor Number: V007927
Amount of Claim: $727.33
Basis for Claim: Trade debt
Date Debt Incurred: Various 2023-2025
Last 4 Digits of Account: 7927
Claim Status: Liquidated
Contingent: No
Unliquidated: No
Disputed: No
Subject to Offset: No

---------------------------------------------------------------------
----------
Creditor #432

Name: YENSEN LANDSCAPE SUPPLY

Fill in this information to identify the case:

Debtor name    **EAST OHIO HOSPITAL, LLC**

United States Bankruptcy Court for the:   **Eastern**   District of   **OHIO**
(State)

Case number (If known):    **24-52948**    Chapter   **7**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor   **EAST OHIO HOSPITAL, LLC**                    Case number (if known)   **24-52948**

<sub>Name</sub>

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Fill in this information to identify the case:

Debtor name **EAST OHIO HOSPITAL, LLC**

United States Bankruptcy Court for the: **Eastern** District of **OHIO**
(State)

Case number (If known): **24-52948**

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1: Codebtor* | | | | *Column 2: Creditor* | |
|---|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | | **Name** | Check all schedules that apply: |
| 2.1 | John Johnson | Street 4319 Vaux Link | | | OHIO DEVELOPMENT SERVICES AGENCY $10,000,000 166 Direct Loan | ☑ D ☐ E/F ☐ G |
| | | New Albany, | OH | 43054 | | |
| | | City | State | ZIP Code | | |
| 2.2 | John Johnson | 4319 Vaux Link Street | | | PACE LOAN GROUP $6,000,000 PACE Loan) | ☑ D ☐ E/F ☐ G |
| | | New Albany, | OH | 43054 | | |
| | | City | State | ZIP Code | | |
| 2.3 | John Johnson | 4319 Vaux Link Street | | | BELMONT SAVINGS BANK Loan #1190001419 - $1,200,000) | ☑ D ☐ E/F ☐ G |
| | | New Albany, | OH | 43054 | | |
| | | City | State | ZIP Code | | |
| 2.4 | John Johnson | 4319 Vaux Link Street | | | | ☑ D ☐ E/F ☐ G |
| | | New Albany, | OH | 43054 | | |
| | | City | State | ZIP Code | | |
| 2.5 | | 4319 Vaux Link Street | | | | ☐ D ☐ E/F ☐ G |
| | | New Albany, | OH | 43054 | | |
| | | City | State | ZIP Code | | |
| 2.6 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | ZIP Code | | |

Debtor _____EAST OHIO HOSPITAL, LLC_____  Case number (if known)___24-52948_____
            Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.__ | Street | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | |
| 2.__ | Street | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | |
| 2.__ | Street | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | |
| 2.__ | Street | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | |
| 2.__ | Street | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | |
| 2.__ | Street | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | |
| 2.__ | Street | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | |
| 2.__ | Street | | | ☐ D  ☐ E/F  ☐ G |
| | City | State | ZIP Code | |

Official Form 207
Statement of Financial Affairs for Non-Individuals Filing for
Bankruptcy    04/25

Debtor name: EAST OHIO HOSPITAL, LLC
United States Bankruptcy Court for the: Southern District of Ohio
(Eastern Division)
Case number: 25-53781

□ Check if this is an amended filing

The debtor must answer every question. If more space is needed, attach
a separate sheet to this form.

====================================================================
==========
Part 1: Income
====================================================================
==========

1. Gross revenue from business

□ None

Identify the beginning and ending dates of the debtor's fiscal year:
Calendar Year (January 1 - December 31)

From the beginning of the fiscal year to filing date:
From 01/01/2025 to Filing date (08/28/2025)
Sources of revenue: ☑ Operating a business □ Other
Gross revenue: $0.00
Note: Hospital ceased operations March 2025 under previous ownership.
Current ownership attempted restart June-August 2025 but was prevented
by involuntary filing.

For prior year:
From 01/01/2024 to 12/31/2024
Sources of revenue: ☑ Operating a business □ Other
Gross revenue: Unknown - records from previous ownership incomplete

For the year before that:
From 01/01/2023 to 12/31/2023
Sources of revenue: ☑ Operating a business □ Other
Gross revenue: Unknown - records from previous ownership incomplete

2. Non-business revenue

☑ None
Note: No non-business revenue during current ownership period (June
2025 - present)

```
========================================================================
==========
```
Part 2: List Certain Transfers Made Before Filing for Bankruptcy
```
========================================================================
==========
```

3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers to any creditor, other than regular employee compensation, within 90 days before filing (May 30, 2025 – August 28, 2025) unless aggregate value is less than $8,575.

□ None

3.1. Creditor's name and address: BELMONT SAVINGS BANK
     101 W. Main Street
     St. Clairsville, OH 43950
     Dates: June – August 2025
     Total amount: $200,000
     Reasons for payment: ☑ Secured debt
     Note: Funds swept automatically by Belmont Savings Bank per pre-existing sweep agreement. Hospital had no control over these funds.

3.2. Creditor's name and address: EMPLOYEES
     Various (see payroll records)
     Dates: June – August 2025
     Total amount: $65,000
     Reasons for payment: □ Secured debt □ Unsecured loan □ Suppliers □ Services ☑ Other: Employee wages/payroll
     Note: Regular employee compensation for restart attempt period

4. Payments or other transfers of property made within 1 year before filing that benefited any insider

☑ None
Note: Current ownership (Harold Ramsey) invested capital but received no payments or distributions

5. Repossessions, foreclosures, and returns

☑ None
Note: No repossessions or foreclosures during current ownership period

6. Setoffs

List any creditor that within 90 days before filing set off or took anything from an account without permission.

☐ None

Creditor's name and address: BELMONT SAVINGS BANK
101 W. Main Street
St. Clairsville, OH 43950
Description of action: Automatic sweep of hospital funds per loan
agreement
Date action taken: June – August 2025
Amount: $200,000
Last 4 digits of account number: XXXX-____
Note: Bank swept all available hospital funds under security agreement

```
======================================================================
==========
```
Part 3: Legal Actions or Assignments
```
======================================================================
==========
```

7. Legal actions, administrative proceedings, court actions,
executions, attachments, or governmental audits

☐ None

7.1. Case title: In re East Ohio Hospital LLC
     Nature of case: Involuntary Chapter 7 Bankruptcy Petition
     Court: United States Bankruptcy Court
            Southern District of Ohio, Eastern Division
            170 N. High Street
            Columbus, OH 43215
     Case number: 25-53781
     Status: ☑ Pending ☐ On appeal ☐ Concluded

8. Assignments and receivership

☑ None

```
======================================================================
==========
```
Part 4: Certain Gifts and Charitable Contributions
```
======================================================================
==========
```

9. List all gifts or charitable contributions within 2 years before
filing

☑ None

```
======================================================================
==========
```
Part 5: Certain Losses

```
=====================================================================
==========
```

10. All losses from fire, theft, or other casualty within 1 year
before filing

☑ None

```
=====================================================================
==========
```

Part 6: Certain Payments or Transfers

```
=====================================================================
==========
```

11. Payments related to bankruptcy

List payments made within 1 year before filing for bankruptcy
consultation or filing.

☑ None
Note: Debtor filing pro se due to unavailability of conflict-free
counsel in region

12. Self-settled trusts of which the debtor is a beneficiary

☑ None

13. Transfers not already listed on this statement

List transfers within 2 years before filing, other than ordinary
course of business.

☐ None

13.1. Who received transfer: HAROLD RAMSEY (current Manager)
      Address: [Manager's address]
      Description: Ownership transfer of East Ohio Hospital LLC
      Date transfer made: June 2025
      Total amount or value: $19,000,000 promissory note (contingent
on restart)
      Relationship to debtor: Current Manager/Owner
      Note: Transfer from John Johnson to current ownership. No cash
exchanged. Contingent promissory note secured by hospital assets.

```
=====================================================================
==========
```

Part 7: Previous Locations

```
=====================================================================
==========
```

14. Previous addresses

☑ Does not apply
Note: Hospital has operated at same location: 90 N 4th Street, Martins
Ferry, OH 43935

=====================================================================
==========
Part 8: Health Care Bankruptcies
=====================================================================
==========

15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities
for diagnosing or treating injury, deformity, or disease?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

15.1. Facility name and address:
      EAST OHIO HOSPITAL
      90 N 4th Street
      Martins Ferry, OH 43935

      Nature of business: Acute care hospital providing emergency,
surgical, medical, and diagnostic services

      If debtor provides meals and housing: 0 patients (not operating)

      Location where patient records are maintained:
      Electronic Medical Records system (EMR) — not currently
accessible
      Physical records at hospital facility

      How are records kept:
      ☑ Electronically
      ☑ Paper

      Note: Hospital ceased operations March 2025. Patient records
remain at facility. Trustee will need to arrange for proper
maintenance and transfer per HIPAA requirements.

=====================================================================
==========
Part 9: Personally Identifiable Information
=====================================================================
==========

16. Does the debtor collect and retain personally identifiable

information of customers?

□ No
☑ Yes. State nature: Patient medical records, billing information,
insurance information, personal health information (PHI)

Does the debtor have a privacy policy?
□ No
☑ Yes (HIPAA compliance policies)

17. Within 6 years before filing, have any employees been participants
in ERISA, 401(k), 403(b), or other pension plans?

□ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?
    ☑ No. Go to Part 10.
    □ Yes.
    Note: Previous ownership may have had retirement plans. Current
ownership had no employees.

====================================================================
==========
Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage
Units
====================================================================
==========

18. Closed financial accounts

Within 1 year before filing, were any financial accounts closed, sold,
moved, or transferred?

☑ None
Note: Current ownership was unable to access or control hospital bank
accounts

19. Safe deposit boxes

☑ None

20. Off-premises storage

☑ None

====================================================================
==========
Part 11: Property the Debtor Holds or Controls That the Debtor Does
Not Own
====================================================================
==========

21. Property held for another

☑ None

==============================================================================
==========
Part 12: Details About Environmental Information
==============================================================================
==========

22. Has the debtor been a party in any judicial or administrative
proceeding under any environmental law?

☑ No

23. Has any governmental unit notified the debtor of potential
liability under environmental law?

☑ No

24. Has the debtor notified any governmental unit of any release of
hazardous material?

☑ No
Note: Hospital maintains medical waste disposal protocols per
regulations

==============================================================================
==========
Part 13: Details About the Debtor's Business or Connections to Any
Business
==============================================================================
==========

25. Other businesses in which the debtor has or has had an interest

☑ None

26. Books, records, and financial statements

26a. List all accountants and bookkeepers within 2 years before
filing:

☐ None

26a.1. Name: GLOBAL ACCOUNTING SOLUTIONS INC
        Address: 400 W Wilson Bridge Road, Suite 230
                 Worthington, OH 43085
        Dates of service: From 2023 To 2025

Note: Vendor #V009421 in AP system, $126,681.65 outstanding

26a.2. Name: [Previous ownership's accountants — unknown]
       Dates of service: From 2023 To June 2025

26b. List all firms who have audited, compiled, or reviewed books
within 2 years:

□ None

26b.1. Name: BAKER TILLY US LLP
       Address: [Address to be determined]
       Dates of service: Unknown
       Note: Vendor #V009472 in AP system, $67,021.18 outstanding

26c. List all firms or individuals in possession of debtor's books
when case filed:

□ None

26c.1. Name: HAROLD RAMSEY (Manager)
       Address: [Manager's address]
       Explanation if unavailable: Financial records from previous
ownership period are incomplete. Current ownership maintains data room
with available documentation.

26c.2. Name: Hospital facility
       Address: 90 N 4th Street, Martins Ferry, OH 43935
       Explanation: Some records remain at hospital facility

26d. List all parties to whom debtor issued financial statements
within 2 years:

□ None

26d.1. Name: OHIO DEVELOPMENT SERVICES AGENCY
       Address: 77 South High Street
                Columbus, OH 43215
       Note: For $10M 166 Direct Loan

26d.2. Name: PACE LOAN GROUP
       Address: 800 LaSalle Ave, Suite 1650
                Minneapolis, MN 55402
       Note: For $6M PACE loan

26d.3. Name: BELMONT SAVINGS BANK
       Address: 101 W. Main Street
                St. Clairsville, OH 43950
       Note: For $2M in loans

27. Inventories

Have any inventories been taken within 2 years before filing?

☑ No
Note: No formal inventory conducted. Medical equipment and supplies
remain at facility.

28. List the debtor's officers, directors, managing members at time of
filing:

Name: HAROLD RAMSEY
Address: [Manager's address]
Position and nature of interest: Manager
% of interest: 100%

29. Within 1 year before filing, did debtor have officers who no
longer hold positions?

☐ No
☑ Yes

Name: JOHN JOHNSON
Address: 4319 Vaux Link, New Albany, OH 43054
Position: Previous Owner/Manager
Period held: From Unknown To June 2025

30. Payments, distributions, or withdrawals credited or given to
insiders

Within 1 year before filing, did debtor provide an insider with value?

☑ No
Note: Harold Ramsey (Manager) paid vendors personally on behalf of the
hospital but received no payments or distributions from the hospital.
Hospital had no funds to pay insiders.

31. Within 6 years before filing, has debtor been member of
consolidated group for tax purposes?

☑ No

32. Within 6 years before filing, has debtor been responsible for
contributing to pension fund?

☑ No
Note: Unknown for previous ownership period

======================================================================
==========

Part 14: Signature and Declaration
========================================================================
==========

WARNING -- Bankruptcy fraud is a serious crime. Making a false
statement, concealing property, or obtaining money or property by
fraud in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§
152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs
and any attachments and have a reasonable belief that the information
is true and correct.

I declare under penalty of perjury that the foregoing is true and
correct.

Executed on: November ___, 2025

X _____
   Signature of individual signing on behalf of the debtor

   Harold Ramsey
   Printed name

   Manager
   Position or relationship to debtor

Are additional pages to Statement of Financial Affairs attached?
□ No ☑ Yes (Attachment: List of vendor payments June-August 2025)

========================================================================
==========
ADDITIONAL NOTES AND DISCLOSURES
========================================================================
==========

1. OWNERSHIP TRANSITION: The debtor underwent ownership change in June
2025. John Johnson transferred ownership to Harold Ramsey. Current
management has limited information about operations and transactions
before June 2025.

2. CEASED OPERATIONS: The hospital ceased regular operations in March
2025 under previous ownership. Current ownership attempted to restart
operations from June to August 2025 but was prevented by the
involuntary bankruptcy filing.

3. INCOMPLETE RECORDS: Financial records from the previous ownership
period are incomplete. Current ownership has compiled available
information in a data room for trustee review.

4. VENDOR PAYMENTS: Vendors were paid directly by Harold Ramsey personally, not by the hospital, as the hospital had no funds (Belmont Savings Bank swept all available funds). These personal payments by the Manager are not estate assets or preferences.

5. EMPLOYEE PAYMENTS: The hospital paid approximately $65,000 in employee wages during the June—August 2025 restart attempt before funds were swept.

6. BELMONT SAVINGS SWEEP: Belmont Savings Bank swept approximately $200,000 from hospital accounts during June—August 2025 pursuant to their security agreement and loan documents.

5. PATIENT RECORDS: Patient medical records remain at the facility and must be maintained in compliance with HIPAA requirements. The trustee will need to arrange for proper custody and eventual transfer of these records.

6. PRO SE FILING: The debtor is filing without legal representation due to the unavailability of bankruptcy counsel without conflicts of interest in the geographic region.

Fill in this information to identify the case and this filing:

Debtor Name ___**EAST OHIO HOSPITAL, LLC**___

United States Bankruptcy Court for the: ___Eastern___ District of ___OHIO___
                                                                    (State)

Case number (*If known*): ___24-52948___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration_____ Form 207_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/17/2025___         ✗ _____
                MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                        ___Harold Ramsey_____
                                        Printed name

                                        ___Manager_____
                                        Position or relationship to debtor

November 17, 2025

Clerk of Court

U.S. Bankruptcy Court

Southern District of Ohio

170 N. High Street, 6th Floor

Columbus, OH 43215

Re: In re East Ohio Hospital, LLC

RECD OH S BANKRUPTCY
NOV 18 2025 AM10:49

   Case No. 25-53781

   Chapter 7 (Involuntary)

   Judge Tiffany Strelow Cobb

Dear Clerk:

Enclosed please find the required schedules and statements pursuant to the Order for Relief dated November 4, 2025, and Bankruptcy Rule 1007(b)(1):

1. Schedule A/B - Assets

2. Schedule D - Secured Creditors

3. Schedule E/F - Unsecured Creditors with Exhibit A

4. Schedule G - Executory Contracts

5. Schedule H - Codebtors

6. Form 206Sum - Summary of Assets and Liabilities

7. Form 202 - Declaration Under Penalty of Perjury

8. Form 207 - Statement of Financial Affairs

The debtor is filing pro se due to unavailability of conflict-free counsel in the region.

Respectfully submitted,

Harold Ramsey

Manager

East Ohio Hospital, LLC

646-809-7201

Harold@risingrivercapitalllc.com



# UPS

# Expr

## Extremely Urgent

Visit **UPS.com**

**Apply shipping documents here.**

Scan QR code to
schedule a pickup

This box is for use with the following services:  **UPS Next Day**
**UPS Worldwi**
**UPS 2nd Day**
**UPS Worldwi**

Do not use this box for:  **UPS Ground**
**UPS Standard**
**UPS 3 Day Sel**





UPS NEXT DAY AIR

TRACKING #   1Z 841 87W 01 6397 758 1

SHIP
TO:

HAROLD RAMSEY
(347) 242-9458
878 BARNET PLACE
RIDGEWOOD NJ 07458

US BANKRUPTCY COURT
SOUTHERN DI
FL 6
170 N HIGH ST

COLUMBUS OH 43215

OH 432 9-50

The UPS Store RFID Label

Tracking 8391

RECEIVED

## Small Box
(13"x 11"x 2")

Serving you for more than 110 years
United Parcel Service.®

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating
to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology
or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

For information about UPS's privacy practices
personal information, please see the UPS Priv
01019510603   11/